## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**MOUNTAIN VALLEY PIPELINE, LLC**          **AMENDED NOTICE**

v.                                          **CASE NO.: 7:17-cv-00492**

**EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN GILES COUNTY, CRAIG COUNTY, MONTGOMERY COUNTY, ROANOKE COUNTY, FRANKLIN COUNTY, AND PITTSYLVANIA COUNTY, VIRGINIA, ET AL.**

**TYPE OF CASE:**

　　　　X　　CIVIL　　　　CRIMINAL

**X　　TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**PLACE:**                                  **ROOM: 1st Floor Courtroom**

**U. S. DISTRICT COURT**
**210 Franklin Road, SW**                   **DATE: January 12, 2018**
**Roanoke, Virginia 24011**                 **TIME: 9:00 a.m.**

**TYPE OF PROCEEDING:**

**Hearing on motion for partial summary judgment and immediate possession (Dkt. No. 4) and all ripe motions not heard at the December 28, 2017 discovery hearing.**

　　　　　　　　　　　　　　　　　　　　**JULIA C. DUDLEY, CLERK OF COURT**

DATE: 12/21/2017                            By: /s/ Brittany Weeks
　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

To:　Counsel of Record
　　　All pro se parties
　　　All parties who were personally served
　　　　and have not appeared