IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MOUNTAIN VALLEY PIPELINE, L.L.C.,

          Plaintiff,

v.                                             Case No. 7:17-cv-00492-EKD

EASEMENTS TO CONSTRUCT,
OPERATE, AND MAINTAIN A
NATURAL GAS PIPELINE OVER
TRACTS OF LAND IN GILES COUNTY,
CRAIG COUNTY, MONTGOMERY
COUNTY, ROANOKE COUNTY,
FRANKLIN COUNTY, AND
PITTSYLVANIA COUNTY, VIRGINIA, *et al.,*

          Defendants.

## **NOTICE OF APPEAL**

Notice is hereby given that Brenda Lynn Williams, Mark A. Pettipiece, Teresa J. Pettipiece, Cletus Woodrow Bohon, Beverly Ann Bohon, James Cabel Law, Carolyn Diana Eanes Law, Gregory M. Apgar, Angela H. Apgar, Mildred M. Apgar, individually and by right of survivorship to Donald D. Apgar, deceased, Brian David Glock, Susanna Elizabeth Glock Buch, Heirs of June Smith, Estate of Raymond Foster Smith, deceased, Patricia Devecka, Stephen R. Smith, Barry Scott Smith, Douglas F. Smith, David L. Smith, Frederick I. Apgar, Ruth Apgar Glock, Thomas W. Triplett, Bonnie B. Triplett, Phyllis M. Hutton, H.W. Cox, Jr., Janet DeGroff, Juliana Bernholz, Irina Bernholz Siegrist, Matthew D. Rollier, Deanna S. Robinson, Bruce M. Coffey, Mary E. Coffey, John Coles Terry, III, Frank H. Terry, Jr., Frank H. Terry, Jr., Mary Ellen Rives, Jacquline J. Lucki, Elizabeth Terry Reynolds, Doris Marie Henry, individually and by right of survivorship to Jerome David Henry, deceased, Fred W. Vest, Lois King Waldron,

Lois Mabel Waldron Martin, Howard W. Thompson, Christine W. Thompson, Martin G. Morrison, Patricia A. Boyd, Hilah Parks Terry, Grace Minor Terry, Kermit C. Crowe, Alva T. Crowe, Betty E. McCoy, Edward Conner, Teddy D. Crowe, Susan F. Crowe, George Robert Ferguson, Dana Michelle Ferguson, Robin B. Austin, Allen R. Austin, Michael L. Lester, Teresa A. Lester, Michelle R. Lester, Lonnie L. Lester, Judith P. Lester, Rebecca Jane Dameron,  Robert Matthew Hamm, Aimee Chase Hamm, Carolyn A. Cunningham, individually and by right of survivorship of the interest of Larry Bernard Cunningham, deceased, Alvin E. Wray, Linda L. Wray, L. Benton Wray, Jr., Diane S. Wray, Richard Wayne Jones, Trustee of Bobby I. Jones and Richard Wayne Jones Revocable Trust, Sandra H. Lancaster, David J. Werner, Betty B. Werner, Ian Elliott Reilly, Carolyn Elizabeth Reilly, Guy W. Buford , Margaret S. Buford, Gail Dudley Smithers, Ginger K. Smithers, Russell R. Barksdale, Jr., Mark E. Daniel, Angela D. Daniel, JoAnne A. LaFaro and Lisa J. Tincher, heirs and successors in interest to Anthony B. Novitzki, deceased, Thomas O. White, Trustee of the Beverly A. McLaughlin Testamentary Trust, Evelena Grubbs Rouse and Enzy Grubbs Anderson, individually and as heirs to James M. Grubbs, by counsel, defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's Memorandum Opinion (ECF No. 339) and Order (ECF No. 340) entered in this action on the 31st day of January, 2018. The subject easement references in the Complaint filed herein, associated with these defendants, are set forth below:

1. 0.01 Acres of Land, Owned by Lonnie L. Lester and Judith P. Lester;
2. 0.03 Acres of Land, Owned by George Robert Ferguson and Dana Michelle Ferguson;
3. 0.04 Acres of Land, Owned by Michelle R. Lester;
4. 0.05 Acres of Land, Owned by Teddy D. Crowe and Susan F. Crowe;
5. 0.06 Acres of Land, Owned by Michael L. Lester and Teresa A. Lester;
6. 0.09 Acres of Land, Owned by Carolyn A. Cunningham;
7. 0.11 Acres of Land, Owned by Heirs of June Smith, Estate of Raymond Foster Smith, deceased, Patricia Devecka, Stephen R. Smith, Barry Scott Smith, Douglas F. Smith, David L. Smith, Frederick I. Apgar, Ruth Apgar Glock, Gregory M. Apgar and Angela H. Apgar;

8.  0.14 Acres of Land, Owned by JoAnne A. Lofaro and Lisa J. Tincher, heirs and
    successors in interest to Anthony B. Novitzki, deceased;
9.  0.15 Acres of Land, Owned by Robert Matthew Hamm and Aimee Chase Hamm;
10. 0.15 Acres of Land, Owned by Russell R. Barksdale, Jr.;
11. 0.19 Acres of Land, Owned by Cletus Woodrow Bohon and Beverly Ann Bohon;
12. 0.26 Acres of Land, Owned by Carolyn A. Cunningham;
13. 0.28 Acres of Land, Owned by Jacquline J. Lucki;
14. 0.292 Acres of Land, Owned by Gail Dudley Smithers and Ginger K. Smithers;
15. 0.31 Acres of Land, Owned by Rebecca Jane Dameron;
16. 0.32 Acres of Land, Owned by Gail Dudley Smithers and Ginger K. Smithers;
17. 0.32 Acres of Land, Owned by Grace Minor Terry;
18. 0.33 Acres of Land, Owned by Elizabeth Terry Reynolds;
19. 0.34 Acres of Land, Owned by Robin B. Austin and Allen R. Austin;
20. 0.35 Acres of Land, Owned by Kermit C. Crowe and Alva T. Crowe;
21. 0.36 Acres of Land, Owned by Betty E. McCoy and Edward Conner;
22. 0.38 Acres of Land, Owned by James Cabel Law and Carolyn Diana Eanes Law;
23. 0.39 Acres of Land, Owned by James Cabel Law and Carolyn Diana Eanes Law;
24. 0.47 Acres of Land, Owned by Bruce M. Coffey and Mary E. Coffey;
25. 0.50 Acres of Land, Owned by Gregory M. Apgar and Angela H. Apgar;
26. 0.87 Acres of Land, Owned by Richard Wayne Jones, Trustee of Bobby I. Jones and
    Richard Wayne Jones   Revocable Trust;
27. 0.94 Acres of Land, Owned by Martin G. Morrison and Patricia A. Boyd;
28. 1.23 Acres of Land, Owned by Evelena Grubbs Rouse and Enzy Grubbs Anderson;
29. 1.38 Acres of Land, Owned by Alvin E. Wray, Linda L. Wray, L. Benton, Wray, Jr. Diane
    S. Wray;
30. 1.38 Acres of Land, Owned by H.W. Cox, Jr. and Janet DeGroff;
31. 1.40 Acres of Land, Owned by Mary Ellen Rives;
32. 1.60 Acres of Land, Owned by Sandra H. Lancaster;
33. 1.72 Acres of Land, Owned by Guy W. Buford and Margaret S. Buford;
34. 1.85 Acres of Land, Owned by Jacquline J. Lucki;
35. 11.45 Acres of Land, Owned by Alvin E. Wray, Linda L. Wray, L. Benton, Wray, Jr.
    Diane S. Wray;
36. 12.2 Acres of Land, Owned by Heirs of June Smith, Estate of Raymond Foster Smith,
    deceased, Patricia Devecka, Stephen R. Smith, Barry Scott Smith, Douglas F. Smith,
    David L. Smith, Frederick I. Apgar, Ruth Apgar Glock, Gregory M. Apgar and Angela H.
    Apgar;
37. 13.47 Acres of Land, Owned by John Coles Terry, III;
38. 2.05 Acres of Land, Owned by Howard W. Thompson and Christine W. Thompson;
39. 2.08 Acres of Land, Owned by Donald D. Apgar and Mildred M. Apgar;
40. 2.12 Acres of Land, Owned by James Cabel Law and Carolyn Diana Eanes Law;
41. 2.20 Acres of Land, Owned by Hilah Parks Terry;
42. 2.07 Acres of Land, Owned by Phyllis M. Hutton;
43. 3.01 Acres of Land, Owned by Phyllis M. Hutton;
44. 2.69 Acres of Land, Owned by Brian David Glock and Susanna Elizabeth Glock Buch;

45. 2.74 Acres of Land, Owned by Cletus Woodrow Bohon and Beverly Ann Bohon;
46. 2.74 Acres of Land, Owned by Mark A. Pettipiece and Teresa J. Pettipiece;
47. 2.93 Acres of Land, Owned by Lois King Waldron and Lois Mabel Waldron Martin;
48. 3.35 Acres of Land, Owned by Thomas W. Triplett and Bonnie B. Triplett;
49. 3.70 Acres of Land, Owned by David J. Werner, Betty B. Werner, Ian Elliott Reilly and Carolyn Elizabeth Reilly;
50. 3.74 Acres of Land, Owned by Doris Marie Henry;
51. 3.42 Acres of Land, Owned by H.W. Cox, Jr. and Janet DeGroff;
52. 3.92 Acres of Land, Owned by Gail Dudley Smithers and Ginger K. Smithers;
53. 4.03 Acres of Land, Owned by Matthew D. Rollier and Deanna S. Robinson;
54. 4.14 Acres of Land, Owned by Mark E. Daniel and Angela D. Daniel;
55. 4.67 Acres of Land, Owned by James Cabel Law and Carolyn Diana Eanes Law;
56. 4.72 Acres of Land, Owned by Fred W. Vest;
57. 4.90 Acres of Land, Owned by Brenda Lynn Williams;
58. 6.86 Acres of Land, Owned by Juliana Bernholz and Irina Bernholz Siegrist;
59. 7.82 Acres of Land, Owned by Thomas O. White, Trustee of the Beverly A. McLaughlin Testamentary Trust;
60. 8.37 Acres of Land, Owned by Frank H. Terry, Jr.;
61. 8.56 Acres of Land, Owned by Gail Dudley Smithers and Ginger K. Smithers;
62. 8.60 Acres of Land, Owned by Gail Dudley Smithers and Ginger K. Smithers;
63. 9.89 Acres of Land, Owned by Elizabeth Lee Terry Reynolds.

Respectfully submitted this 2nd day of March, 2018,

/s/*Charles M. Lollar*
Charles M. Lollar
Va. I.D. No. 17009
LOLLAR LAW, PLLC
109 E. Main St., Suite 501
Norfolk, VA 23510
Phone: (757) 644-4657
Facsimile: (757) 644-4659
Email: chuck@lollarlaw.com

Jeremy Hopkins
Va. I.D. No. 48394
CRANFILL SUMNER & HARTZOG, LLP
5420 Wade Park Blvd. Suite 300
Raleigh, NC 27607
Phone: (919) 863-8819
Facsimile: (919) 863-3528
Email: jhopkins@cshlaw.com

Christopher S. Johns
Texas I.D. No. 24044849
JOHNS & COUNSEL, PLLC
401 Congress, Suite 1540
Austin, Texas 78701
Phone: (512) 399-3150
Email: cjohns@johnsandcounsel.com

*Counsel for Defendants*

## Certificate of Service

I hereby certify that on March 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including the following:

Stephen M. Hodges
Wade W. Massie
Mark E. Frye
Seth M. Land
PENN, STUART & ETHRIDGE
P.O. Box 2288
Abingdon, VA  24212
Email: wmassie@pennstuart.com
*Counsel for Mountain Valley Pipeline, L.L.C.*

/s/*Charles M. Lollar*
Charles M. Lollar