| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:17-cv-492-EKD |
| EASEMENTS TO CONSTRUCT, OPERATE AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN GILES COUNTY, CRAIG COUNTY, MONTGOMERY COUNTY, ROANOKE COUNTY, FRANKLIN COUNTY, AND PITTSYLVANIA COUNTY, VIRGINIA, et al., | ) |
| Defendants. | ) |

## LOLLAR LAW DEFENDANTS' NOTICE OF ELECTION TO MEDIATE JUST COMPENSATION CLAIMS

NOW COME Defendants Brenda Lynn Williams, Mark A. Pettipiece, Teresa J. Pettipiece, Cletus Woodrow Bohon, Beverly Ann Bohon, James Cabel Law, Carolyn Diana Eanes Law, Gregory M. Apgar, Angela H. Apgar, Mildred M. Apgar, individually and by right of survivorship to Donald D. Apgar, deceased, Brian David Glock, Susanna Elizabeth Glock Buch, Heirs of June Smith, Estate of Raymond Foster Smith, deceased, Patricia Devecka, Stephen R. Smith, Barry Scott Smith, Douglas F. Smith, David L. Smith, Frederick I. Apgar, Ruth Apgar Glock, Sandra Townes Powell, Robert M. Jones, Donna Thomas Jones, Thomas W. Triplett, Bonnie B. Triplett, Phyllis M. Hutton, Juliana Bernholz, Irina Bernholz Siegrist, Matthew D. Rollier, Deanna S. Robinson, Doris Marie Henry, individually and by right of survivorship to Jerome David Henry, deceased, Lois King Waldron, Lois Mabel Waldron

1

Martin, Howard W. Thompson, Christine W. Thompson, Martin G. Morrison, Patricia A. Boyd, Kermit C. Crowe, Alva T. Crowe, Betty E. McCoy, Edward Conner, Teddy D. Crowe, Susan F. Crowe, George Robert Ferguson, Dana Michelle Ferguson, Robin B. Austin, Allen R. Austin, Michael L. Lester, Teresa A. Lester, Michelle R. Lester, Lonnie L. Lester, Judith P. Lester, Rebecca Jane Dameron, Robert Matthew Hamm, Carolyn A. Cunningham, individually and by right of survivorship of the interest of Larry Bernard Cunningham, deceased, Alvin E. Wray, Linda L. Wray, L. Benton Wray, Jr., Diane S. Wray, Richard Wayne Jones, Trustee of Bobby I. Jones and Richard Wayne Jones Revocable Trust, Sandra H. Lancaster, David J. Werner, Betty B. Werner, Ian Elliott Reilly, Carolyn Elizabeth Reilly, Guy W. Buford , Margaret S. Buford, Gail Dudley Smithers, Ginger K. Smithers, Emilie M. Owen, Richard Clark Owen, Russell R. Barksdale, Jr., Mark E. Daniel, Angela D. Daniel, JoAnne A. LaFaro and Lisa J. Tincher, heirs and successors in interest to Anthony B. Novitzki, deceased, Thomas O. White, Trustee of the Beverly A. McLaughlin Testamentary Trust, Evelena Grubbs Rouse and Enzy Grubbs Anderson, individually and as heirs to James M. Grubbs, all defendants represented by Lollar Law, PLLC (collectively "Landowners"), by counsel, pursuant to the Order entered April 6, 2018 (ECF No. 759), and respectfully provide this notice of their intent to mediate their respective just compensation claims with Robert S. Ballou, United States Magistrate Judge.  Each Landowner is listed below with their corresponding pleadings property description, MVP Parcel Number and tax identification number:

1. Lonnie L. Lester and Judith P. Lester **0.01 ac., VA-RO-5229, Roanoke Co. Tax ID # 111.00-01-61.01-0000**

2. George Robert Ferguson and Dana Michelle Ferguson **0.03 ac., VA-RO-5221, Roanoke Co. Tax ID # 111.00-01-56.00-0000**

2

3. Michelle R. Lester **0.04 ac., VA-RO-5224, Roanoke Co. Tax ID # 111.00-01-61.03-0000**

4. Teddy D. Crowe and Susan F. Crowe, **0.05 ac., VA-RO-5218, Roanoke Co. Tax ID # 111.00-01-56.05-0000**

5. Michael L. Lester and Teresa A. Lester **0.06 ac., VA-RO-5223, Roanoke Co. Tax ID # 111.00-01-61.02-0000,**

6. Carolyn A. Cunningham **0.09 ac., 0.26 ac., VA-RO-5785, Roanoke Co. Tax ID #063.00-01-21.00-0000; VA-RO-5781, Roanoke Co. Tax ID # 063.00-01-20.03-0000**

7. Heirs of June Smith, Estate of Raymond Foster Smith, deceased, Patricia Devecka, Stephen R. Smith, Barry Scott Smith, Douglas F. Smith, David L. Smith, Frederick I. Apgar, Ruth Apgar Glock, Gregory M. Apgar and Angela H. Apgar **0.11 ac., 12.2 ac., VA-MO-084, Montgomery Co. Tax ID No. 120001, VA-RO-033, Roanoke Co. Tax ID # 063.00-01-25.00-0000**

8. JoAnne A. Lofaro and Lisa J. Tincher, heirs and successors in interest to Anthony B. Novitzki, deceased **0.14 ac., VA-FR-5500, Franklin Co. Tax ID # 0440206600**

9. Russell R. Barksdale, Jr. **0.15 ac., VA-FR-5415, Franklin Co. Tax ID # 0370009904**

10. Cletus Woodrow Bohon and Beverly Ann Bohon **0.19 ac., 2.74 ac., VA-MO-022, Montgomery Co. Tax ID No. 017761, VA-MN-5233, Montgomery Co. Tax ID No. 030271**

11. Gail Dudley Smithers and Ginger K. Smithers **0.292 ac., 0.32 ac., 3.92 ac., 8.56 ac., 8.60 ac., VA-FR-113, Franklin Co. Tax ID # 0450008100, VA-FR-114, Franklin Co. Tax ID # 0450000902, VA-FR-117, Franklin Co. Tax ID # 0450001600, VA-FR-119, Franklin Co. Tax ID # 0450006800, VA-FR-5151, Franklin Co. Tax ID # 0450001500**

12. Rebecca Jane Dameron **0.31 ac., VA-RO-5383, Roanoke Co. Tax ID # 111.00-01-61-0000**

13. Robin B. Austin and Allen R. Austin **0.34 ac., VA-RO-5222, Roanoke Co. Tax ID # 110.00-01-45.00-0000**

14. Kermit C. Crowe and Alva T. Crowe **0.35 ac., VA-RO-5216, Roanoke Co. Tax ID # 111.00-01-56.02-0000**

15. Betty E. McCoy and Edward Conner **0.36 ac., VA-RO-5217, Roanoke Co. Tax ID # 111.00-01-56.03-0000**

16. James Cabel Law and Carolyn Diana Eanes Law **0.38 ac., 0.39 ac., 2.12, 4.67 ac., VA-MO-024, Montgomery Co. Tax ID No. 018808, VA-MO-025, Montgomery Co. Tax ID No. 011673, VA-MO-5626, Montgomery Co. Tax ID No. 002833, VA-MO-5234, Montgomery Co. Tax ID No. 032431**

17. Gregory M. Apgar and Angela H. Apgar **0.5 ac., VA-MO-005, Montgomery Co. Tax ID No. 000837**

18. Emilie M. Owen and Richard Clark Owen **0.52 ac., VA-FR-4129, Franklin Co. Tax ID # 0380002204B**

19. Richard Wayne Jones, Trustee of Bobby I. Jones and Richard Wayne Jones Revocable Trust **0.87 ac., VA-FR-070.01, Franklin Co. Tax ID # 0430105200**

20. Martin G. Morrison and Patricia A. Boyd **0.94 ac., VA-RO-4115, Roanoke Co. Tax ID # 063.00-01-20.00-0000**

21. Evelena Grubbs Rouse and Enzy Grubbs Anderson **1.23 ac., VA-PI-104, Pittsylvania Co. Tax ID #s 2436-05-4452 and 2436-05-2564**

22. Robert M. Jones and Donna Thomas Jones **1.29 ac., 1.81 ac., VA-MO-5511, VA-MO-5512, Montgomery Co. Tax ID No. 017-A-2E**

23. Alvin E. Wray, Linda L. Wray, L. Benton, Wray, Jr. Diane S. Wray **1.38 ac., 11.45 ac., VA-FR-017, Franklin Co. Tax ID # 250002100, VA-FR-017.02, Franklin Co. Tax ID # 0250002200, VA-FR-017.21, Franklin Co. Tax ID # 0380002000**

24. Sandra H. Lancaster **1.60 ac., VA-FR-073, Franklin Co. Tax ID # 0430105000**

25. Guy W. Buford and Margaret S. Buford **1.72 ac., VA-FR-077, Franklin Co. Tax ID # 0440004400**

26. Howard W. Thompson and Christine W. Thompson **2.05 ac., VA-RO-068, Roanoke Co. Tax ID # 118.00-01-09.00-0000**

27. Donald D. Apgar and Mildred M. Apgar **2.08 ac., VA-MO-012, Montgomery Co. Tax ID No. 000843**

28. Phyllis M. Hutton **2.07 ac., 3.01 ac., VA-MO-5515, Montgomery Co. Tax ID No. 009443, VA-MO-5516, Montgomery Co. Tax ID No. 026945**

4

29. Brian David Glock and Susanna Elizabeth Glock Buch **2.69 ac., VA-MO-013, Montgomery Co. Tax ID No. 000844**

30. Mark A. Pettipiece and Teresa J. Pettipiece **2.74 ac., VA-GI-200.046, Giles Co. Tax ID No. 47-1-3**

31. Sandra Townes Powell **6.56 ac., VA-MO-3370, Montgomery Co. Tax ID No. 015900**

32. Lois King Waldron and Lois Mabel Waldron Martin **2.93 ac., VA-RO-057, Roanoke Co. Tax ID # 110.00-01-50.00-0000**

33. Thomas W. Triplett and Bonnie B. Triplett **3.34 ac., VA-MO-5515, Montgomery Co. Tax ID No. 024589**

34. David J. Werner, Betty B. Werner, Ian Elliott Reilly and Carolyn Elizabeth Reilly **3.7 VA-FR-076.01, Franklin Co. Tax ID # 00400043000**

35. Doris Marie Henry **3.74 ac., VA-RO-055, Roanoke Co. Tax ID # 110.00-01-46.00-0000**

36. Matthew D. Rollier and Deanna S. Robinson **4.03 ac., VA-BVRO-04, Roanoke Co. Tax ID # 102.00-01-12.00-0000**

37. Mark E. Daniel and Angela D. Daniel **4.14 ac., VA-FR-5476, Franklin Co. Tax ID # 0440011600**

38. Brenda Lynn Williams **4.9 ac., VA-GI-200.019, Giles Co. Tax ID No. 46-15**

39. Juliana Bernholz and Irina Bernholz Siegrist **6.86 ac., VA-MO-5526, Montgomery Co. Tax ID No. 015895**

40. Thomas O. White, Trustee of the Beverly A. McLaughlin Testamentary Trust **7.82 ac., VA-PI-029.05, Pittsylvania Co. Tax ID # 1489-86-7542**

Respectfully submitted,

/s/Charles M. Lollar_____
Charles M. Lollar
Va. I.D. No. 17009
Charles M. Lollar, Jr.
Va. I.D. No. 88635

5

LOLLAR LAW, PLLC  
109 E. Main St., Suite 501  
Norfolk, VA 23510  
Phone: (757) 644-4657  
Facsimile: (757) 644-4659  
Email: chuck@lollarlaw.com  
*Counsel for Landowners*

## Certificate of Service

      I hereby certify that on April 20, 2018, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, to send notification of such filing, which shall constitute service upon all counsel of record, including the following:

Stephen M. Hodges  
Wade W. Massie  
Mark E. Frye  
Seth M. Land  
PENN, STUART & ETHRIDGE  
P.O. Box 2288  
Abingdon, VA  24212  
Facsimile No. (276) 628-5621  
Email: wmassie@pennstuart.com  
*Counsel for Mountain Valley Pipeline, L.L.C.*

                                      /s/Charles M. Lollar_____  
                                          Charles M. Lollar.  
                                          Va. I.D. No. 17009