# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MOUNTAIN VALLEY PIPELINE, et al | 7:17-cv-00492 |
| DEFENDANT | TYPE OF PROCESS |
| LAND IN ROANOKE COUNTY, VA, et al | ORDER- Contempt Ruling |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Theresa MinorTerry

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

MVP Parcel Number VA-RO-045 and VA-RO-046

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 0 7 2018
JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

The court hereby orders that the Theresa Minor Terry has until 11:59pm May 6th to voluntarily depart her tree stand. If such action is not taken prior to the deadline, Theresa Minor Terry will be fined $1,000/day through 11:59pm May 10th. After 11:59pm May 10th, if compliance has not been achieved, the USMS may establish a perimeter and use reasonable force to remove Theresa Minor Terry from her tree stand.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT  TELEPHONE NUMBER  DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 84 | No. 84 | Richard V. /illegible/ | 5/4/18 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 5/7/18 | 8:30 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy

Richard V. /illegible/

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| — | — | — | — | — | $0.00 |

REMARKS:

Unexecuted- On May 5th at approximately 4:30pm, Theresa Minor Terry voluntarily departed her tree stand and exited the area. RBS has confirmed with officials representing MVP that the trees in which the tree stand was located was cut down on May 6th.

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MOUNTAIN VALLEY PIPELINE, et al | 7:17-cv-00492 |
| DEFENDANT | TYPE OF PROCESS |
| LAND IN ROANOKE COUNTY, VA, et al | ORDER- Contempt Ruling |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Theresa Ellen Terry

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

MVP Parcel Number VA-RO-045 and VA-RO-046

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 0 7 2018
JULIA C. DUDLEY, CLERK
BY: A Beeson
DEPUTY CLERK

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The court hereby orders that the Theresa Ellen Terry has until 11:59pm May 6th to voluntarily depart her tree stand. If such action is not taken prior to the deadline, Theresa Ellen Terry will be fined $1,000/day through 11:59pm May 10th. After 11:59pm May 10th, if compliance has not been achieved, the USMS may establish a perimeter and use reasonable force to remove Theresa Ellen Terry from her tree stand.

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 84 | No. 84 | Richard R. Feller | 5/4/18 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 5/7/18 | 8:30 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| — | — | — | — | — | $0.00 |

REMARKS:

Unexecuted- On May 5th at approximately 5:00pm, Theresa Ellen Terry voluntarily departed her tree stand and exited the area. RBS has confirmed with officials representing MVP that the trees in which the tree stand was located was cut down on May 6th.

**DISTRIBUTE TO:** 
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13