IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:17-cv-00492 |
| | ) | |
| EASEMENTS TO CONSTRUCT, | ) | By: Elizabeth K. Dillon |
| OPERATE, AND MAINTAIN A | ) | United States District Judge |
| NATURAL GAS PIPELINE OVER | ) | |
| TRACTS OF LAND IN GILES COUNTY, | ) | |
| CRAIG COUNTY, MONTGOMERY | ) | |
| COUNTY, ROANOKE COUNTY, | ) | |
| FRANKLIN COUNTY, AND | ) | |
| PITTSYLVANIA COUNTY, VIRGINIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the accompanying memorandum opinion, the court ORDERS as follows:

1. Mountain Valley Pipeline's (MVP's) motion to enforce injunction on MVP parcel number VA-FR-076.01 (Dkt. No. 791) is GRANTED IN PART as to Carolyn Elizabeth Reilly and Ian Elliott Reilly insofar as the relief ordered herein, DENIED IN PART as to David J. Werner and Betty B. Werner, and DENIED WITHOUT PREJUDICE as to the John and Jane Doe Tree-sitters.

2. The court FINDS Carolyn Elizabeth Reilly and Ian Elliott Reilly in CONTEMPT of the court's March 8, 2018 order. (Dkt. No. 658.) Each of them is ORDERED to pay a compensatory fine to MVP in the amount of $1,000, for a total combined fine of $2,000.

3. If MVP wants to file a separate motion for attorneys' fees related to the contempt proceedings, with supporting documentation, it should do so not later than June 14, 2018.

2

The Clerk is directed to provide a copy of this order and the accompanying memorandum opinion to counsel for MVP and counsel for the Reillys and Werners.

Entered: May 15, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge