FILED:  August 6, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1722
(7:17-cv-00492-EKD)

_____

MOUNTAIN VALLEY PIPELINE, LLC

          Plaintiff - Appellee

v.

3.70 ACRES OF LAND, OWNED BY DAVID J. WERNER, BETTY B. WERNER, IAN ELLIOTT REILLY, AND CAROLYN ELIZABETH REILLY, Franklin County Tax Map Parcel No. 0440004300 and being MVP Parcel No. VA-FR-076.01

          Defendant - Appellant

 and

0.18 ACRES OF LAND, OWNED BY GEORGIA LOU HAVERTY, Giles County Tax Map Parcel No 30-4A and Being MVP Parcel No. BVGI-10; EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN GILES CO., CRAIG CO., MONTGOMERY CO., ROANOKE CO., FRANKLIN CO., AND PITTSYLVANIA CO., VA INCLUDING:; 8.11 ACRES OF LAND, OWNED BY DONNA ROGERS ALTIZER, Giles County Tax Map Parcel No. 27-18 and Being MVP Parcel No. VA-GI-008.05; 0.12 ACRES OF LAND, OWNED BY LHOIST NORTH AMERICA OF VIRGINIA, INC., Giles County Tax Map Parcel No 27-73 and Being MVP Parcel No. VA-GI-008.06; 17.89 ACRES OF LAND, OWNED BY LHOIST NORTH AMERICA OF VIRGINIA, INC., Giles County Tax Map Parcel No. 27-75 and Being MVP Parcel No. VA-GI-013; 7.39 ACRES OF LAND, OWNED BY ANTHONY L. BOWMAN AND CAROL ANN BOWMAN, Giles County Tax Map Parcel No. 28-10A and Being MVP Parcel No. VA-GI-017; 6.50 ACRES OF LAND, OWNED BY SIZEMORE INCORPORATED OF VIRGINIA, f/k/a National Committee for the New River, Giles County Tax Map Parcel No. 29-25B and Being MVP Parcel No. VA-GI-035;

1.23 ACRES OF LAND, OWNED BY EAGLE'S NEST MINISTRIES, INC., Giles County Tax Map Parcel No. 29-25 and Being MVP Parcel No VA-GI-035.01; 10.67 ACRES OF LAND, OWNED BY DOE CREEK FARM, INCORPORATED, Giles County Tax Map Parcel No.30-4 and Being MVP Parcel No. VA-GI-049; 1.52 ACRES OF LAND, OWNED BY VERNON V. BEACHAM, SR. AND VERNON V. BEACHAM, II, Giles County Tax Map Parcel No. 44A-1-34 and Being MVP Parcel No. VA-GI-051; 2.83 ACRES OF LAND, OWNED BY VERNON V. BEACHAM, SR. AND VERNON V. BEACHAM, II, Giles County Tax Map Parcel No. 44A-1-33 and Being MVP Parcel VA-GI-052; 2.19 ACRES OF LAND, OWNED BY STEPHEN D. LEGGE, DAVID LEGGE, AND PHYLLIS J. LEGGE, Giles County Tax Map Parcel No. 44-3-3A and Being MVP Parcel No. VA-GI-057; 2.85 ACRES OF LAND, OWNED BY CHESTNUT MILL RANCH, LLC, Giles County Tax Map Parcel No. 45-72 and Being MVP Parcel No. VA-GI-061 (AR GI-245.02); 0.72 ACRES OF LAND, OWNED BY CHESTNUT MILL RANCH, LLC, Giles County Tax Map Parcel No. 45-71 and Being MVP Parcel No. VA-GI-062; 3.17 ACRES OF LAND, OWNED BY CHESTNUT MILL RANCH, LLC, Giles County Tax Map Parcel No. 45-66 and Being MVP Parcel No. VA-GI-066; 5.82 ACRES OF LAND, OWNED BY DAVID G. YOLTON AND KAREN M. YOLTON, Giles County Tax Map Parcel No. 45-39D and Being MVP Parcel No. VA-GI-075; 5.25 ACRES OF LAND, OWNED BY MARY VIRGINIA REYNOLDS, SAMUEL HALE REYNOLDS, AND MARY SUTTON REYNOLDS, Giles County Tax Map Parcel No. 46-1-3 and Being MVP Parcel No. VA-GI-097.01; 1.18 ACRES OF LAND, OWNED BY JAMES D. MATTOX, Giles County Tax Map Parcel No. 46-49 and Being MVP Parcel No. VA-GI-098 (MVP-GI-256); 10.37 ACRES OF LAND, OWNED BY CHESTNUT MILL RANCH, LLC, Giles County Tax Map Parcel No. 45-70 and Being MVP Parcel No. VA-GI-200.003; 1.89 ACRES OF LAND, OWNED BY BRIARWOOD DEVELOPMENT, LLC, Giles County Tax Map Parcel No. 45-36 and Being MVP Parcel No. VA-GI-200.015; 8.55 ACRES OF LAND, OWNED BY NEWPORT DEVELOPMENT COMPANY, LLC, Giles County Tax Map Parcel No. 45-33I and Being MVP Parcel No. VA-GI-200.016; 0.26 ACRES OF LAND, OWNED BY FRANK S. QUINN, III AND KATHERINE A. QUINN, Giles County Tax Map Parcel No. 45-30A and Being MVP Parcel No. VA-GI-200.017; 1.22 ACRES OF LAND, OWNED BY TAMARA N. HODSDEN, TRUSTEE OF THE JOSEPH D. HODSDEN TRUST AND TAMARA N. HODSDEN TRUST, Giles County Tax Map Parcel No. 46-11 and Being MVP Parcel No. VA-GI-200.018; 4.90 ACRES OF LAND, OWNED BY BRENDA LYNN WILLIAMS, Giles County Tax Map Parcel No. 46-15 and Being MVP Parcel No. VA-GI-200.019; 0.29 ACRES OF LAND, OWNED BY BRIARWOOD DEVELOPMENT, LLC, Giles County Tax Map Parcel No. 46-2-

B and Being MVP Parcel No. VA-GI-200.024; 2.99 ACRES OF LAND, OWNED
BY CLIFFORD A. SHAFFER AND THERESA C. HRUBEC, Giles County Tax
Map Parcel No. 61-12B and Being MVP Parcel No. VA-GI-200.028; 0.084
ACRES OF LAND, OWNED BY FRANCES D. W. COLLINS, f/k/a Frances D.
Williams, Giles County Tax Map Parcel No. 46-51 and Being MVP Parcel No.
VA-GI-200.035 (AR-GI-256); 4.03 ACRES OF LAND, OWNED BY LARRY
THOMPSON AND LOREEN THOMPSON, Giles County Tax Map Parcel No.
47-8 and Being MVP Parcel No. VA-GI-200.040; 4.88 ACRES OF LAND,
OWNED BY CLARENCE B. GIVENS AND KAROLYN W. GIVENS, Giles
County Tax Map Parcel No. 47-9 and Being MVP Parcel No. VA-GI-200.041;
0.335 ACRES OF LAND, OWNED BY GEORGE LEE JONES, Giles County
Tax Map Parcel No. 47-1-1 and Being MVP Parcel No. VA-GI-200.044; 2.01
ACRES OF LAND, OWNED BY GEORGE LEE JONES, Giles County Tax Map
Parcel No. 47-1-2 and Being MVP Parcel No. VA-GI-200.045; 2.74 ACRES OF
LAND, OWNED BY MARK A. PETTIPIECE AND TERESA J. PETTIPIECE,
Giles County Tax Map Parcel No. 47-1-3 and Being MVP Parcel No. VA-GI-
200.046; 7.61 ACRES OF LAND, OWNED BY JERRY J. DEPLAZES AND
JEROLYN K. DEPLAZES, Giles County Tax Map Parcel No. 46-66 and Being
MVP Parcel No. VA-GI-4249; 8.60 ACRES OF LAND, OWNED BY DOWDY
FARM LLC, Giles County Tax Map Parcel No. 46-52 and Being MVP Parcel No.
VA-GI-4250; 0.48 ACRES OF LAND, OWNED BY ESTIAL EARL ECHOLS,
JR., Giles County Tax Map Parcel No. 46-19B and Being MVP Parcel No. VA-
GI-4419 (AR GI-253.01); 0.09 ACRES OF LAND, OWNED BY ESTIAL EARL
ECHOLS, JR. AND EDITH FERN ECHOLS, Giles County Tax Map Parcel No.
46-20A and Being MVP Parcel No. VA-GI-4420 (AR GI-253.01); 0.09 ACRES
OF LAND, OWNED BY GARY HOLLOPTER AND ALLISON HOLLOPTER,
Giles County Tax Map Parcel No. 30-4B and Being MVP Parcel No. VA-GI-5310;
0.15 ACRES OF LAND, OWNED BY DAVID MATTHEW ALTIZER AND
ELIZABETH ANN ALTIZER, Giles County Tax Map Parcel No. 27-18A and
Being MVP Parcel No. VA-GI-5339; 5.78 ACRES OF LAND, OWNED BY
ELIZABETH ROGERS HARRISON, Giles County Tax Map Parcel No. 27-19
and Being MVP Parcel No. VA-GI-5340; 0.17 ACRES OF LAND, OWNED BY
DAWN E. CISEK, f/k/a Dawn E. Maxey, Giles County Tax Map Parcel No. 47-
12A and Being MVP Parcel No. VA-GI-5673; 0.01 ACRES OF LAND, OWNED
BY BENNY L. HUFFMAN, Giles County Tax Map Parcel No. 46-25 B and Being
MVP Parcel No. VA-GI-5779; 0.22 ACRES OF LAND, OWNED BY DOWDY
FARM, LLC, Giles County Tax Map Parcel No. 46-52 A. and Being MVP Parcel
No. VA-GI-5790; 1.87 ACRES OF LAND, OWNED BY JAMES D. MATTOX,
Giles County Tax Map Parcel No. 46-49A and Being MVP Parcel No. VA-GI-
5883; 0.25 ACRES OF LAND, OWNED BY ROY DOWDY OR UNKNOWN

HEIRS OR ASSIGNS OF ROY DOWDY, Giles County Tax Map Parcel No. 46-66X and Being MVP Parcel No. VA-GI-5884; 10.26 ACRES OF LAND, OWNED BY SAMUEL HALE REYNOLDS AND MARY SUTTON REYNOLDS, Giles County Tax Map Parcel No. 46-1-2A and Being MVP Parcel No. VA-GI-5922; 2.09 ACRES OF LAND, OWNED BY STEVEN C. HODGES AND JUDY R. HODGES, Craig County Tax Map Parcel No. 120-A-10 and 120-A-10A and Being MVP Parcel No. VA-CR-200.047; 2.75 ACRES OF LAND, OWNED BY HELENA DELANEY TEEKELL, TRUSTEE OF THE HELENA DELANEY TEEKELL TRUST, Craig County Tax Map Parcel No. 120-A-12 and Being MVP Parcel No. VA-CR-200.048; 0.66 ACRES OF LAND, OWNED BY GORDON WAYNE JONES AND DONNA W. JONES, Craig County Tax Map Parcel No. 120-A-13 and Being MVP Parcel No. VA-CR-200.049; 2.81 ACRES OF LAND, OWNED BY ROBERT W. CRAWFORD OR PATRICIA D. CRAWFORD, TRUSTEES UNDER THE CRAWFORD LIVING TRUST, AND ANITA NEAL HUGHES, Craig County Tax Map Parcel No. 121-A-15 and Being MVP Parcel No. VA-CR-200.053; 0.14 ACRES OF LAND, OWNED BY DAWN E. CISEK, f/k/a Dawn E. Maxey, Craig County Tax Map Parcel No. 120-A-9 and Being MVP Parcel No. VA-CR-4445; 2.60 ACRES OF LAND, OWNED BY HELENA DELANEY TEEKELL, TRUSTEE OF THE HELENA DELANEY TEEKELL TRUST, Craig County Tax Map Parcel No. 120-A-14A and Being MVP Parcel No. VA-CR-5343; 0.50 ACRES OF LAND, OWNED BY JOSE G. AGUIRRE-TORRES, JUAN AGUIRRE, IGNACIO AGUIRRE, HECTOR ANDRES AGUIRRE, AND RAMON A. ARELLANO, Craig County Tax Map Parcel No. 120-A-8 and Being MVP Parcel No. VA-GI-200.047 (AR CR-258.01); 0.41 ACRES OF LAND, OWNED BY DONALD W. PERDUE, Montgomery County Tax Map Parcel No. 035861 and Being MVP Parcel No. BV-MN-0053; 0.15 ACRES OF LAND, OWNED BY DONALD W. LONG AND EVELYN W. LONG, Montgomery County Tax Map Parcel No. 021560 and Being MVP Parcel No. BVMO-25; 0.64 ACRES OF LAND, OWNED BY VANESSA MICHELLE UNDERWOOD AND JULIAN ADAMS STEWART, Montgomery County Tax Map Parcel No. 170229 and Being MVP Parcel No. VA-MN-5175 (AR MN-275); 0.05 ACRES OF LAND, OWNED BY SARA KAY SCOTT, Montgomery County Tax Map Parcel No. 190165 and Being MVP Parcel No. VA-MN-5176; 0.19 ACRES OF LAND, OWNED BY CLETUS WOODROW BOHON AND BEVERLY ANN BOHON, Montgomery County Tax Map Parcel No. 030271 and Being MVP Parcel No. VA-MN-5233 (AR MN-278.01); 0.39 ACRES OF LAND, OWNED BY JAMES C. LAW AND CAROLYN D. LAW, Montgomery County Tax Map Parcel No. 032431 And Being MVP Parcel No. VA-MN-5234 (AR MN-278.01); 0.31 ACRES OF LAND, OWNED BY RANDALL KEITH EPPERLY AND JOANNE ALICE EPPERLY, Montgomery County Tax Map Parcel No.

029056 and Being MVP Parcel No. VA-MN-5235 (AR MN-278.01); 0.50 ACRES OF LAND, OWNED BY GREGORY M. APGAR AND ANGELA H. APGAR, Montgomery County Tax Map Parcel No. 000837 and Being MVP Parcel No. VA-MO-005; 0.07 ACRES OF LAND, OWNED BY GEORGE A. CRAIGHEAD AND HELEN P. CRAIGHEAD, Montgomery County Tax Map Parcel No. 016298 and Being MVP Parcel No. VA-MO-011; 2.08 ACRES OF LAND, OWNED BY DONALD D. APGAR AND MILDRED M. APGAR, Montgomery County Tax Map Parcel No. 000843 and Being MVP Parcel No. VA-MO-012; 2.69 ACRES OF LAND, OWNED BY BRIAN DAVID GLOCK AND SUSAN ELIZABETH GLOCK BUCH, Montgomery County Tax Map Parcel No. 000844 and Being MVP Parcel No. VA-MO-013; 0.78 ACRES OF LAND, OWNED BY DENNIS G. BERUBE AND DIXIE L. BERUBE, Montgomery County Tax Map Parcel No. 021080 and Being MVP Parcel No. VA-MO-019; 2.74 ACRES OF LAND, OWNED BY CLETUS WOODROW BOHON AND BEVERLY ANN BOHON, Montgomery County Tax Map Parcel No. 017761 and Being MVP Parcel No. VA-MO-022; 4.85 ACRES OF LAND, OWNED BY JOHN MICHAEL TURMAN, EDNA LAWRENCE, ROBERT BURRIS, KEITHER EDWARD BURRIS, BARBARA KEELING, JACK "JACKIE" BURRIS, LINDA PRADIS, VALERIE DELONG,, Unknown Heirs or Assigns of the Following John Marshall Burris, Bobby Burris, Carlton Walters, and Alvin Brown, Montgomery Co Tax Map Parcel No 0002831, MVP Parcel No. VA-MO-023; 2.12 ACRES OF LAND, OWNED BY JAMES CABEL LAW AND CAROLYN DIANA EANES LAW, Montgomery County Tax Map Parcel No. 018808 and Being MVP Parcel No. VA-MO-024; 4.67 ACRES OF LAND, OWNED BY JAMES CABEL LAW AND CAROLYN DIANA EANES LAW, Montgomery County Tax Map Parcel No. 011673 and Being MVP Parcel No. VA-MO-025; 1.90 ACRES OF LAND, OWNED BY JOSEPH PATRICK TOMELTY, Montgomery County Tax Map Parcel No. 013819 and Being MVP Parcel No. VA-MO-060; 0.89 ACRES OF LAND, OWNED BY DONALD W. LONG AND EVELYN W. LONG, Montgomery County Tax Map Parcel No. 021559 and Being MVP Parcel No. VA-MO-062; 0.392 ACRES OF LAND, OWNED BY TRAVIS SCOTT LANCASTER AND TRACY LYNN TAYLOR, Montgomery County Tax Map Parcel No. 033280 and Being MVP Parcel No. VA-MO-064 (AR-MN-271); 0.53 ACRES OF LAND, OWNED BY SHELIA M. MEADOWS, Montgomery County Tax Map Parcel No. 033209 and Being MVP Parcel No. VA-MO-067; 0.94 ACRES OF LAND, OWNED BY STEVEN A. BOWMAN AND RACHEL A. BOWMAN, Montgomery County Tax Map Parcel No. 120708 and Being MVP Parcel No. VA-MO-069; 1.14 ACRES OF LAND, OWNED BY HOWARD D. PERDUE, Montgomery County Tax Map Parcel No. 014256 and Being MVP Parcel No. VA-MO-0700; 3.84 ACRES OF LAND, OWNED BY

DENNY R. SCOTT AND TAMMY K. SCOTT, Montgomery County Tax Map Parcel No. 012030 and Being MVP Parcel No. VA-MO-071; 0.36 ACRES OF LAND, OWNED BY CRAIG-BOTETOURT ELECTRIC COOPERATIVE, A VIRGINIA ELECTRIC COOPERATIVE AND NON-STOCK CORPORATION, Montgomery County Tax Map Parcel No. 034187 and Being MVP Parcel No. VA-MO-075; 12.20 ACRES OF LAND, OWNED BY JUNE SMITH, RAY SMITH, PATRICIA S. DEVECHA, STEPHEN R. SMITH, BARRY SCOTT SMITH, DOUGLAS F. SMITH, DAVID L. SMITH, FRED APGAR, RUTH APGAR GLOCK, GREGORY M. APGAR, AND ANG, a/k/a Raymond Foster Smith, a/k/a Fred I. Apgar, a/k/a Federick I. Apgar, Unknown Heirs or Assigns of the Following June Smith, and Ray Smith, Montgomery Co. Tax Map Parcel No. 120001 and MVP Parcel No. VA-MO-084; 3.15 ACRES OF LAND, OWNED BY DELWYN A. DYER, TRUSTEE OF THE DYER FAMILY TRUST, AND DELWYN A. DYER, TRUSTEE OF THE DYER LIVING TRUST, Montgomery County Tax Map Parcel No. 005668 and Being MVP Parcel No. VA-MO-3369; 7.18 ACRES OF LAND, OWNED BY MICHAEL EDWARD SLAYTON, TRUSTEE OR MARGARET MCGRAW SLAYTON, TRUSTEE, MARGARET MCGRAW SLAYTON LIVING TRUST, Montgomery County Tax Map Parcel No. 024590 and Being MVP Parcel No. VA-MO-3371; 0.16 ACRES OF LAND, OWNED BY LEONARD C. STEINER AND DEBORAH L. STEINER, Montgomery County Tax Map Parcel No. 008906 and Being MVP Parcel No. VA-MO-4259.001 (AR MN-272); 0.29 ACRES OF LAND, OWNED BY DENNY R. SCOTT AND TAMMY K. SCOTT, Montgomery County Tax Map Parcel No. 030035 and Being MVP Parcel No. VA-MO-4261 (AR MN-272); 0.71 ACRES OF LAND, OWNED BY ROANOKE VALLEY 4-WHEELERS ASSOCIATION, Montgomery County Tax Map Parcel No. 031198 and Being MVP Parcel No. VA-MO-4264 (AR-MN-276); 1.53 ACRES OF LAND, OWNED BY ROANOKE VALLEY 4-WHEELERS ASSOCIATION, Montgomery County Tax Map Parcel No. 016068 and Being MVP Parcel No. VA-MO-4265 (AR MN-276); 1.04 ACRES OF LAND, OWNED BY HENRY S. KEULING-STOUT, Montgomery County Tax Map Parcel No. 005370 and Being MVP Parcel No. VA-MO-4266 (AR MN-276); 22.73 ACRES OF LAND, OWNED BY BLUE EAGLE PARTNERSHIP, LLC, Montgomery County Tax Map Parcel No. 010352 and Being MVP Parcel No. VA-MO-4314; 4.79 ACRES OF LAND, OWNED BY SONABANK, Montgomery County Tax Map Parcel No. 013751 and Being MVP Parcel No. VA-MO-4321; 0.04 ACRES OF LAND, OWNED BY JO MILLS SOWERS, Montgomery County Tax Map Parcel No. 032744 and Being MVP Parcel No. VA-MO-4424; 0.42 ACRES OF LAND, OWNED BY ANTHONY E. HESS AND CARMELLA HESS, Montgomery County Tax Map Parcel No. 003368 and Being MVP Parcel No. VA-MO-5357; 0.28 ACRES OF LAND,

OWNED BY ELIJAH D. HOWARD, Montgomery County Tax Map Parcel No. 031305 and MVP Parcel No. VA-MO-5364; 0.37 ACRES OF LAND, OWNED BY ELIJAH HOWARD AND KRISTIN HOWARD, Montgomery County Tax Map Parcel No. 031305 and Being MVP Parcel No. VA-MO-5366; 0.11 ACRES OF LAND, OWNED BY DELMER WAYNE HOWARD, Montgomery County Tax Map Parcel No. 020405 and Being MVP Parcel No. VA-MO-5368; 0.24 ACRES OF LAND, OWNED BY TARTLE, LLC, Montgomery Count Tax Map Parcel No. 002152 and Being MVP Parcel No. VA-MO-5369; 0.22 ACRES OF LAND, OWNED BY HOLLY R. WIMMER-MCCLANAHAN AND ROBERT C. MCCLANAHAN, Montgomery County Tax Map Parcel No. 003025 and Being MVP Parcel No. VA-MO-5371; 0.40 ACRES OF LAND, OWNED BY ROANOKE VALLEY RESOURCE AUTHORITY, Montgomery County Tax Map Parcel No. 035144 and Being MVP Parcel No. VA-MO-5374; 0.01 ACRES OF LAND, OWNED BY CORA LEE SMITH, RUBY J. SMITH, GENE E. SMITH, GENA D. REED, BETHANY A. SMITH, AND JOHN ERIK SMITH, Unknown Heirs of Assigns of the Following Cora Lee Smith and Ruby J. Smith, Montgomery County Tax Map Parcel No. 017721 and Being MVP Parcel No. VA-MO-5381; 3.35 ACRES OF LAND, OWNED BY THOMAS W. TRIPLETT AND BONNIE B. TRIPLETT, Montgomery County Tac Map Parcel No. 024589 and Being MVP PArcel No. VA-MO-5514; 2.07 ACRES OF LAND, OWNED BY PHYLLIS M. HUTTON, Montgomery County Tax Map Parcel No. 009443 and Being MVP Parcel No. VA-MO-5515; 3.01 ACRES OF LAND, OWNED BY PHYLLIS M. HUTTON, Montgomery County Tax Map Parcel No. 026945 and Being MVP Parcel No. VA-MO-5516; 1.38 ACRES OF LAND, OWNED BY MODE AND ARLEN JOHNSON AND PAMELA LOUISE FERRANTE, Montgomery County Tax Map Parcel No. 001262 and Being MVP Parcel No. VA-MO-5519; 3.87 ACRES OF LAND, OWNED BY MODE AND ARLEN JOHNSON AND PAMELA LOUISE FERRANTE, Montgomery County Tax Map Parcel No. 032870 and Being MVP Parcel No. VA-MO-5520; 1.30 ACRES OF LAND, OWNED BY JOHN GARRET BAKER AND SUZANNE JANE BAKER, Montgomery County Tax Map Parcel No. 019482 and Being MVP Parcel No. VA-MO-5523; 6.86 ACRES OF LAND, OWNED BY JULIANA BERNHOLZ AND IRINA BERNHOLZ SIEGRIST, Montgomery County Tax Map Parcel No. 015895 and Being MVP Parcel No. VA-MO-5526; 9.66 ACRES OF LAND, OWNED BY CHARLES BRUCE FUGATE, CURTIS DEAN FUGATE, AND SHARON FUGATE LINKOUS, Montgomery County Tax Map Parcel No. 006739 and Being MVP Parcel No. VA-MO-5528; 0.38 ACRES OF LAND, OWNED BY JAMES C. LAW AND CAROLYN D. LAW, Montgomery County Tax Map Parcel No. 002833 and Being MVP Parcel No. VA-MO-5626; 0.08 ACRES OF LAND, OWNED BY MELVIN L. LINKOUS AND SHARON

F. LINKOUS, Montgomery County Parcel No. 011191 and Being MVP Parcel No. VA-MO-5758; 0.18 ACRES OF LAND, OWNED BY VALERIE E. GIBSON, Montgomery County Tax Map Parcel No. 014919 and Being MVP Parcel No. VA-MO-5788; 1.06 ACRES OF LAND, OWNED BY JOHN R. BAKER AND AMY G. BAKER, Montgomery County Tax Map Parcel No. 230082 and Being MVP Parcel No. VA-MO-5882; 0.01 ACRES OF LAND, OWNED BY ANTHONY EDWARD HESS AND CARMELLA HESS, Montgomery County Tax Map Parcel No. 003365 and Being MVP Parcel No. VA-MO-5885; 4.03 ACRES OF LAND, OWNED BY MATTHEW D. ROLLIER AND DEANNA D. ROBINSON, Roanoke County Tax Map Parcel No. 102.00-01-12.00-0000 and Bring MVP Parcel No. BVRO-04; 0.47 ACRES OF LAND, OWNED BY BRUCE M. COFFEY AND MARY E. COFFEY, Roanoke County Tax Map Parcel No. 102.00-01-13.00-0000 and Being MVP Parcel No. BVRO-05; 0.08 ACRES OF LAND, OWNED BY JENNIFER L. FRALEY, Roanoke County Tax Map Parcel No. 117.00-01-39.00-0000 and Being MVP Parcel No. BVRO-11; 0.22 ACRES OF LAND, OWNED BY LENORA W. MONTUORI AND LENORA MONTUORI AND KRISTINA MONTUORI HILLMAN, TRUSTEES OF THE ANTONIO MONTUORI FAMILY TRUST, Roanoke County Tax Map Parcel No. 117.00-01-41.00-0000 and Being MVP Parcel No. BVRO-12; 0.41 ACRES OF LAND, OWNED BY JAMES D. SCOTT AND KAREN B. SCOTT, Roanoke County Tax Map Parcel No. 093.00-01-34.01-0000 and Being MVP Parcel No. VA-RO-030 (AR RO-281); 0.11 ACRES OF LAND, OWNED BY JUNE SMITH, RAY SMITH, PATRICIA S. DEVECHA, STEPHEN R. SMITH, BARRY SCOTT SMITH, DOUGLAS F. SMITH, DAVID L. SMITH, FRED APGAR, RUTH APGAR GLOCK, DONALD APGAR, GREGORY M. A, a/k/a Raymond Foster Smith, a/k/a Fred I. Apgar, a/k/a Frederick Apgar, a/k/a Gregory M. Apgar, a/k/a Angela H. Apgar, Unknown Heirs and Assigns of the Following June Smith, and Ray Smith, Roanoke Co. Tax Map Parcel No. 063.00-01-25.00-0000 and Being MVP Parcel No. VA-RO-033; 2.41 ACRES OF LAND, OWNED BY ANN ELIZABETH ANDREWS, Roanoke County Tax Map Parcel No. 082.00-01-40.00-0000 and Being MVP Parcel No. VA-RO-036; 22.47 ACRES OF LAND, OWNED BY JAMES LOUIS MAXWELL, III, ELIZABETH MARSHALL MAXWELL YARBORO, CHARLOTTE RUTH MAXWELL WEAVER, AND MARY ANN MAXWELL, Roanoke County Tax Map Parcel No. 082.00-01-41.00-0000 and Being MVP Parcel No. VA-RO-037; 23.74 ACRES OF LAND, OWNED BY MARK W. CRONK, ALISON G. CRONK AND THE NATURE CONSERVANCY, Roanoke County Tax Map Parcel No. 093.00-01-44.00-0000 and Being MVP Parcel No. VA-RO-038; 1.89 ACRES OF LAND, OWNED BY TRUSTEES OF EVANGEL FOURSQUARE CHURCH, Roanoke County Tax Map Parcel No. 093.00-01-47.00-0000 and Being MVP Parcel No. VA-RO-039;

2.17 ACRES OF LAND, OWNED BY JAMES D. SCOTT AND KAREN B. SCOTT, Roanoke County Tax Map Parcel No. 093.00-01-33.00-0000 and Being MVP Parcel No. VA-RO-042; 0.341 ACRES OF LAND, OWNED JAMES D. SCOTT AND KAREN B. SCOTT, Roanoke County Tax Map Parcel No. 093.00-01-33.01-0000 and Being MVP Parcel No. VA-RO-043; 0.68 ACRES OF LAND, OWNED BY MICHAEL THOMAS SCOTT, Roanoke County Tax Map Parcel No. 102.00-01-05.00-0000 and Being MVP Parcel No. VA-RO-044; 13.47 ACRES OF LAND, OWNED BY JOHN COLES TERRY, III, Roanoke County Tax Map Parcel No. 102.00-01-08.00-0000 and Being MVP Parcel No. VA-RO-045; 8.37 ACRES OF LAND, OWNED BY FRANK H. TERRY, JR., JOHN COLES TERRY, III, AND ELIZABETH LEE TERRY, a/k/a Elizabeth Lee Reynolds, Roanoke County Tax Map Parcel No. 102.00-01-02.00-0000 and Being MVP Parcel No. VA-RO-046; 1.40 ACRES OF LAND, OWNED BY MARY ELLEN RIVES, Roanoke County Tax Map Parcel No. 103.00-02-43.00-0000 and Being MVP Parcel No. VA-RO-051; 1.85 ACRES OF LAND, OWNED BY JACQULINE J. LUCKI, Roanoke County Tax Map Parcel No. 102.00-01-14.00-0000 and Being MVP Parcel No. VA-RO-052; 9.89 ACRES OF LAND, OWNED BY ELIZABETH LEE TERRY, a/k/a Elizabeth Lee Reynolds, Roanoke County Tax Map Parcel No. 110.00-01-44.00-0000 and Being MVP Parcel No. VA-RO-054; 4.72 ACRES OF LAND, OWNED BY FRED W. VEST, Roanoke County Tax Map Parcel No. 110.00-01-56.00-0000 and Being MVP Parcel No. VA-RO-056; 2.93 ACRES OF LAND, OWNED BY LOIS KING WALDRON AND LOIS MABEL WALDRON MARTIN, Roanoke County Tax Map Parcel No. 110.00-01-50.00-0000 and Being MVP Parcel No. VA-RO-057; 0.41 ACRES OF LAND, OWNED BY LENORA W. MONTUORI, Roanoke County Tax Map Parcel No. 110.00-01-54.00-0000 and Being MVP Parcel No. VA-RO-058; 2.07 ACRES OF LAND, OWNED BY JOHN D. FULTON, JR. AND JANICE VANNESS BROKA, Roanoke County Tax Map Parcel No. 110.00-01-55.00-0000 and Bring MVP Parcel No. VA-RO-059; 4.31 ACRES OF LAND, OWNED BY JAMES T. CHANDLER AND KATHY E. CHANDLER, Roanoke County Tax Map Parcel No. 111.00-01-62.01-0000 and Being MVP Parcel No. VA-RO-060; 4.31 ACRES OF LAND, OWNED BY JAMES T. CHANDLER AND KATHY E. CHANDLER, Roanoke County Tax Map Parcel No 117.00-01-38.00-0000 and Being MVP Parcel No. VA-RO-061; 1.91 ACRES OF LAND, OWNED BY LENORA W. MONTUORI AND LENORA MONTUORI AND KRISTIN MONTUORI HILLMAN, TRUSTEES OF THE ANTONIO MONTUORI FAMILY TRUST, Roanoke County Tax Map Parcel No. 117.00-01-43.02-0000 and Being MVP Parcel No. VA-RO-062; 0.91 ACRES OF LAND, OWNED BY LENORA W. MONTUORI AND LENORA MONTUORI AND KRISTINA MONTUORI HILLMAN, TRUSTEES OF THE ANTONIO MONTUORI

FAMILY TRUST, Roanoke County Tax Map Parcel No. 117.00-01-43.00-0000, Being MVP Parcel No. VA-RO-063; 2.99 ACRES OF LAND, OWNED BY LENORA W. MONTUORI AND LENORA MONTUORI AND KRISTINA MONTUORI HILLMAN, TRUSTEES OF THE ANTONIO MONTUORI FAMILY TRUST, Roanoke County Tax Map Parcel No. 117.00-01-46.00-0000 and Being Parcel No. VA-RO-064; 0.20 ACRES OF LAND, OWNED BY LENORA W. MONTUORI AND LENORA MONTUORI AND KRISTINA MONTUORI HILLMAN, TRUSTEES OF THE ANTONIO MONTUORI FAMILY TRU, Roanoke County Tax Map Parcel No. 117.00-01-43.01-0000 and Being MVP Parcel No. VA-RO-065; 0.19 ACRES OF LAND, OWNED BY LENORA W. MONTUORI AND LENORA MONTUORI AND KRISTINA MONTUORI HILLMAN, TRUSTEES OF THE ANTONIO MONTUORI FAMILY TRUST, Roanoke County Tax Map Parcel No. 117.00-01-42.00-0000 and Being MVP Parcel No. VA-RO-066; 2.43 ACRES OF LAND, OWNED BY LENORA W. MONTUORI AND LEMORA MONTUORI AND KRISTINA MONTUORI HILLMAN, TRUSTEES OF THE ANTONIO MONTUORI FAMILY TRUST, Roanoke County Tax Map Parcel No. 117.00-01-45.00-0000 and Being MVP Parcel No. VA-RO-067; 2.05 ACRES OF LAND, OWNED BY HOWARD M. THOMPSON AND CHRISTINE W. THOMPSON, Roanoke County Tax Map Parcel No. 118.00-01-09.00-0000 and Being MVP Parcel No. VA-RO-068; 0.94 ACRES OF LAND, OWNED BY MARTIN G. MORRISON AND PATRICIA A. BOYD, Roanoke County Tax Map Parcel No. 063.00-01-20.00-0000 and Being MVP Parcel No. VA-RO-4115; 2.20 ACRES OF LAND, OWNED BY HILAH PARKS TERRY, FRANK H. TERRY, JR., ELIZABETH LEE TERRY, JOHN COLES TERRY III, GRACE MINOR TERRY, Unknown Heirs or Assigns of Frank H. Terry, Sr., Roanoke County Tax Map Parcel No. 103.00-02-01.00-0000 and Being MVP Parcel No. VA-RO-4118 (AR RO-283); 0.93 ACRES OF LAND, OWNED BY ALEXANDER B. PHILLIPS AND EMILY M. PHILLIPS, Roanoke County Tax Map Parcel No. 111.00-01-62.00-0000 and Being MVP Parcel No. VA-RO-4123 (AR RO-287); 0.50 ACRES OF LAND, OWNED BY LENORA W. MONTUORI AND LENORA MONTUORI AND KRISTINA MONTUORI HILLMAN, TRUSTEES OF THE ANTONIO MONTUORI FAMILY TRUST, Roanoke County Tax Map Parcel No. 117.00-01-41.01-0000 and Being MVP Parcel No. VA-RO-4124; 0.33 ACRES OF LAND, OWNED BY LENORA W. MONTUORI AND LENORA MONTUORI AND KRISTINA MONTUORI HILLMAN, TRUSTEES OF THE ANTONIO MONTUORI FAMILY TRUST, Roanoke County Tax Map Parcel No. 117.00-01-41.02-0000 and Being MVP Parcel No. VA-RO-4125; 0.28 ACRES OF LAND, OWNED BY JACQULINE J. LUCKI, Roanoke County Tax Map Parcel No. 102.00-01-13.01-0000 and Being MVP Parcel No. VA-RO-50; 0.32 ACRES OF

LAND, OWNED BY GRACE MINOR TERRY, Roanoke County Tax Map Parcel No. 102.00-01-01.02-0000 and Being MVP Parcel No. VA-RO-5149 (AR RO-279.01); 0.35 ACRES OF LAND, OWNED BY KERMIT C. CROWE AND ALVA T. CROWE, Roanoke County Tax Map Parcel No. 111.00-01-56.02-0000 and Being MVP Parcel No. VA-RO-5216 (AR RO-287); 0.36 ACRES OF LAND, OWNED BY BETTY E. MCCOY, AND EDWARD CONNER, f/k/a Betty Eloise Conner, f/k/a Betty T. Conner, Roanoke County Tax Map Parcel No. 111.00-01-56.03-0000 and Being MVP Parcel No. VA-RO-5217 (AR RO-287); 0.05 ACRES OF LAND, OWNED BY TEDDY D. CROWE AND SUSAN F. CROWE, Roanoke County Tax Map Parcel No. 111.00-01-56.05-0000 and Being MCP Parcel No. VA-RO-5218 (AR RO-287); 0.03 ACRES OF LAND, OWNED BY GEORGE ROBERT FERGUSON AND DANA MICHELLE FERGUSON, Roanoke County Tax Map Parcel No. 111.00-01-56.00-0000 and Being MVP Parcel No. VA-RO-5221 (AR RO-287); 0.34 ACRES OF LAND, OWNED BY ROBIN B. AUSTIN AND ALLEN R. AUSTIN, Roanoke County Tax Map Parcel No. 110.00-01-45.00-0000 and Being MVP Parcel No. VA-RO-5222 (AR RO-285); 0.06 ACRES OF LAND, OWNED BY MICHAEL L. LESTER AND TERESA A. LESTER, Roanoke County Tax Map Parcel No. 111.00-01-61.02.0000 and Being MVP Parcel No. VA-RO-5223 (AR RO-287); 0.04 ACRES OF LAND, OWNED BY MICHELLE R. LESTER, Roanoke County Tax Map Parcel No. 111.00-01-61.03-0000 and Being MVP Parcel No. VA-RO-5224 (AR RO-287); 0.50 ACRES OF LAND, OWNED BY RANDALL KEITH EPPERLY AND JOANN ALICE EPPERLY, Roanoke County Tax Map Parcel No. 082.00-01-17.00-0000 and Being MVP Parcel No. VA-RO-5225 (AR MN-278.01); 0.64 ACRES OF LAND, OWNED BY DONALD EVERETT MELTON, a/k/a Don E. Melton, Roanoke County Tax Map Parcel No. 082.00-01-16.00-0000 and Being MVP Parcel No. VA-RO-5226 (AR MN-278.01); 0.09 ACRES OF LAND, OWNED BY DONALD EVERETT MELTON, Roanoke County Tax Map Parcel No. 082.00-01-15.00-0000 and Being MVP Parcel No. VA-RO-5227 (AR MN-278.01); 0.33 ACRES OF LAND, OWNED BY ELIZABETH LEE TERRY, a/k/a Elizabeth Lee Reynolds, Roanoke County Tax Map Parcel No. 093.00-01-46.00-0000 and Being MVP Parcel No. VA-RO-5228 (ATWS-1224); 0.01 ACRES OF LAND, OWNED BY LONNIE L. LESTER AND JUDITH P. LESTER, Roanoke County Tax Map Parcel No. 111.00-01-61.01-0000 and Being MVP Parcel No. VA-RO-5229 (AR RO-287); 0.02 ACRES OF LAND, OWNED BY BD INVESTMENTS OF ROANOKE, LLC, Roanoke County Tax Map Parcel No. 111.00-01-63.00-0000 Being MVP Parcel No. VA-RO-5231 (AR RO-287); 0.31 ACRES OF LAND, OWNED BY REBECCA JANE DAMERON, Roanoke County Tax Map Parcel No. 111.00-01-61.00-0000 and Being MVP Parcel No. VA-RO-5383; 0.01 ACRES OF LAND, OWNED BY JEREMY JOSEPH RICE

AND MICHELLE RENEE RICE, Roanoke County Tax Map Parcel No. 111.00-01-58.00-0000 and Being MVP Parcel No. VA-RO-5627; 0.15 ACRES OF LAND, OWNED BY FRANK W. HALE AND FLOSSIE I. HALE AND ROBERT MATTHEW HAMM AND AIMEE CHASE HAMM, Roanoke County Tax Map Parcel No. 110.00-01-56.01-0000 and Being MVP Parcel No. VA-RO-5748; 0.09 ACRES OF LAND, OWNED BY LARRY BERNARD CUNNINGHAM AND CAROLYN A. CUNNINGAM, Roanoke County Tax Map Parcel No. 063.00-01-20.03-0000 and Being MVP Parcel No. VA-RO-5781; 0.25 ACRES OF LAND, OWNED BY CHELSEA CAMPER, Roanoke County Tax Map Parcel No. 063.00-01-20.04-0000 and Being MVP Parcel No. VA-RO-5782; 0.21 ACRES OF LAND, OWNED BY WILLIAM J. CORRELL, SR. AND NADINE E. CORRELL, Roanoke County Tax Map Parcel No. 063.00-01-20.02-0000 and Being MVP Parcel No. VA-RO-5783; 0.11 ACRES OF LAND, OWNED BY WILLIAM J. CORRELL, SR. AND NADINE E. CORRELL, Roanoke County Tax Map Parcel No. 063.00-01-20.01-0000 and Being MVP Parcel No. VA-RO-5784; 0.26 ACRES OF LAND, OWNED BY LARRY BERNARD CUNNINGHAM AND CAROLYN A. CUNNINGHAM, Roanoke County Tax Map Parcel No. 063.00-01-21.00-0000 and Being MVP Parcel No. VA-RO-5785; 1.53 ACRES OF LAND, OWNED BY STEPHEN W. BERNARD AND ANNE W. BERNARD, Franklin County Tax Map Parcel No. 0370001901 and Being MVP Parcel No. BVA-FR-13; 0.16 ACRES OF LAND, OWNED BY PAUL L. WILSON AND PEGGY M. WILSON, Franklin County Tax Map Parcel No. 04300-05005 and Being MVP Parcel No. BVR-24; 5.38 ACRES OF LAND, OWNED BY LUCY A. PRICE, Franklin County Tax Map Parcel No. 0240003400 and Being MVP Parcel No. VA-FR-008; 5.73 ACRES OF LAND, OWNED BY SHIRLEY BOWMAN JAMISON, Franklin County Tax Map Parcel No. 0240004400 and Being MVP Parcel No. VA-FR-009; 3.11 ACRES OF LAND, OWNED BY RUSSELL E. CALLAWAY AND HEIDE K. CALLAWAY, Franklin County Tax Map Parcel No. 0240005400 and Being MVP Parcel No. VA-FR-015.02; 1.38 ACRES OF LAND, OWNED BY ALVIN E. WRAY, LINDA L. WRAY, L. BENTON WRAY, JR., AND DIANE S. WRAY, Franklin County Tax Map Parcel No. 250002100 and being MVP Parcel No. VA-FR-017; 11.45 ACRES OF LAND, OWNED BYL. BENTON WRAY, JR., DIANE S. WRAY, ALVIN E. WRAY, AND LINDA L. WRAY, Franklin County Tax Map Parcel No. 0250002200 and being MVP Parcel No. VA-FR-017.02; 1.28 ACRES OF LAND, OWNED BY ALAN R. HARTMAN, Franklin County Tax Map Parcel No. 0250002500 and being MVP Parcel No. VA-FR-017.04; 3.86 ACRES OF LAND, OWNED BYJESSE ALBERT WEBSTER, Franklin County Tax Map Parcel No. 0250002800 and being MVP Parcel No. VA-FR-017.06; 1.77 ACRES OF LAND, OWNED BYJESSE ALBERT WEBSTER, Franklin County

Tax Map Parcel No. 0250002400 and being MVP Parcel No. VA-FR-017.07; 2.23 ACRES OF LAND, OWNED BY MARTHA A. MCDEARMON, Franklin County Tax Map Parcel No. 0250003801and being MVP Parcel No. VA-FR-017.10; 8.21 ACRES OF LAND, OWNED BY OCCANNEECHI, INC., Franklin County Tax Map Parcel No. 0250004100 and being MVP Parcel No. VA-FR-017.11; 0.70 ACRES OF LAND, OWNED BY RICHARD H. MCDEARMON, JR. AND ELLEN C. WALTON, Franklin County Tax Map Parcel No. 0380000201D and being MVP Parcel No. VA-FR-017.12; 0.83 ACRES OF LAND, OWNED BY RICHARD H. MCDEARMON, JR. AND ELLEN C. WALTON, Franklin County Tax Map Parcel No. 0380000201B and being MVP Parcel No. VA-FR-017.13; 21.98 ACRES OF LAND, OWNED BY OCCANNEECHI, INC., Franklin County Tax Map Parcel No. 0380001501 and being MVP Parcel No. VA-FR-017.15; 0.49 ACRES OF LAND, OWNED BY J. CLARK JAMISON, JR., SHIRLEY BOWMAN JAMISON, AND MARIE KATHERINE FLORA JAMISON GOGGIN, Franklin County Tax Map Parcel No. 0380001300 and being MVP Parcel No. VA-FR-017.16; 0.55 ACRES OF LAND, OWNED BY J. CLARK JAMISON, JR., SHIRLEY BOWMAN JAMISON, AND MARIE KATHERINE FLORA JAMISON GOGGIN, Franklin County Tax Map Parcel No. 0380005100 and being MVP Parcel No. VA-FR-017.19; 5.93 ACRES OF LAND, OWNED BY CHARLES FREDERICK FLORA AND STEPHANIE M. FLORA, Franklin County Tax Map Parcel No. 0380002002 and being MVP Parcel No. VA-FR-017.20; 5.88 ACRES OF LAND, OWNED BY WENDELL WRAY FLORA AND MARY MCNEIL FLORA, Franklin County Tax Map Parcel No. 0380002000 and being MVP Parcel No. VA-FR-017.21; 0.04 ACRES OF LAND, OWNED BY GLENN C. FRITH AND LINDA K. FRITH, TRUSTEES OF THE FRITH LIVING TRUST, Franklin County Tax Map Parcel No. 0380001900 and being MVP Parcel No. VA-FR-017.24; 3.70 ACRES OF LAND, OWNED BY MICHAEL S. HURT AND MARY FRANCES K. HURT, Franklin County Tax Map Parcel No. 0380002204 and being MVP Parcel No. VA-FR-017.25; 2.02 ACRES OF LAND, OWNED BY GLENN C. FRITH AND LINDA K. FRITH, TRUSTEES OF THE FRITH LIVING TRUST, Franklin County Tax Map Parcel No. 0380002500 and being MVP Parcel No. VA-FR-017.26; 0.12 ACRES OF LAND, OWNED BY GLENN W. LOVELESS AND JUNE S. LOVELESS, Franklin County Tax Map Parcel No. 0370011106 and being MVP Parcel No. VA-FR-017.37; 0.25 ACRES OF LAND, OWNED BY HEATHERWOOD PROPERTIES, INC, Franklin County Tax Map Parcel No. 0370010900 and being MVP Parcel No. VA-FR-017.40,; 0.23 ACRES OF LAND, OWNED BY RAYMOND THOMAS WORRELL AND LINDA D. WORRELL, Franklin County Tax Map Parcel No. 0370001510 and being MVP Parcel No. VA-FR-017.42; 1.97 ACRES OF LAND, OWNED BY

KEITH M. WILSON AND MARY K. WILSON, Franklin County Tax Map Parcel
No. 0370009906 and being MVP Parcel No. VA-FR-017.44; 1.74 ACRES OF
LAND, OWNED BY DEREK T. HANES AND MARION C. HANES, Franklin
County Tax Map Parcel No. 0370009305 A and being MVP Parcel No. VA-FR-
047; 4.35 ACRES OF LAND, OWNED BY LYNN R. FLORA AND CYNTHIA
D. FLORA, Franklin County Tax Map Parcel No. 0370009301 and being MVP
Parcel No. VA-FR-049; 2.84 ACRES OF LAND, OWNED BY LYNN RAY
FLORA, Franklin County Tax Map Parcel No. 0370008500 and being MVP Parcel
No. VA-FR-050; 8.97 ACRES OF LAND, OWNED BY ROBERT G.
IKENBERRY, Franklin County Tax Map Parcel No. 0370017700 and being MVP
Parcel No. VA-FR-053; 0.06 ACRES OF LAND, OWNED BY ORREN
RICHARD ANDERSON AND GENEVA BELL ANDERSON, Franklin County
Tax Map Parcel No. 0370018101 and being MVP Parcel No. VA-FR-054.002;
0.66 ACRES OF LAND, OWNED BY COUNTY OF FRANKLIN, Franklin
County Tax Map Parcel No. 0370005400 and being MVP Parcel No. VA-FR-063;
5.16 ACRES OF LAND, OWNED BY THE COUNTY OF FRANKLIN, Franklin
County Tax Map Parcel No. 0370005300 and being MVP Parcel No. VA-FR-064;
6.24 ACRES OF LAND, OWNED BY C. GALEN FISHER, GALEN TODD
FISHER, AND RYAN GALEN FISHER, Franklin County Tax Map Parcel No.
0430004900 and being MVP Parcel No. VA-FR-068; 0.87 ACRES OF LAND,
OWNED BY BOBBY I. JONES AND RICHARD WAYNE JONES
REVOCABLE TRUST, RICHARD WAYNE JONES, TRUSTEE, Franklin
County Tax Map Parcel No. 0430105200 and being MVP Parcel No. VA-FR-
070.01; 1.60 ACRES OF LAND, OWNED BY SANDRA H. LANCASTER,
Franklin County Tax Map Parcel No. 0430105000 and being MVP Parcel No. VA-
FR-073; 8.21 ACRES OF LAND, OWNED BY LONGVIEW HOLSTEINS,
INC., Franklin County Tax Map Parcel No. 0430021500 and being MVP Parcel
No. VA-FR-075; 1.72 ACRES OF LAND, OWNED BY GUY W. BUFORD
AND MARGARET S. BUFORD, Franklin County Tax Map Parcel No.
0440004400 and being MVP Parcel No. VA-FR-077; 0.07 ACRES OF LAND,
OWNED BY DALE E. ANGLE AND MARY A. ANGLE, TRUSTEES OF THE
DALE E. ANGLE AND MARY A. ANGLE JOINT REVOCABLE TRUST,
Franklin County Tax Map Parcel No. 0440006400 and being MVP Parcel No. VA-
FR-077.01; 2.14 ACRES OF LAND, OWNED BY DALE E. ANGLE AND
MARY A. ANGLE, TRUSTEES UNDER THE DALE E. AND MARY A.
ANGLE JOINT REVOCABLE TRUST, Franklin County Tax Map Parcel No.
0440006501 and being MVP Parcel No. VA-FR-078; 8.21 ACRES OF LAND,
OWNED BY DALE E. ANGLE AND MARY A. ANGLE, TRUSTEES OF THE
DALE E. ANGLE AND MARY A. ANGLE JOINT REVOCABLE TRUST,
Franklin County Tax Map Parcel No. 0440006500 and being MVP Parcel No. VA-

FR-079; 11.86 ACRES OF LAND, OWNED BY DONALD B. BARNHART, Franklin County Tax Map Parcel No. 0440007300 and being MVP Parcel No. VA-FR-081; 0.292 ACRES OF LAND, OWNED BY GAIL DUDLEY SMITHERS AND GINGER K. SMITHERS, Franklin County Tax Map Parcel No. 0450008100 and being MVP Parcel No. VA-FR-113; 8.56 ACRES OF LAND, OWNED BY GAIL DUDLEY SMITHERS AND GINGER K. SMITHERS, Franklin County Tax Map Parcel No. 0450000902 and being MVP Parcel No. VA-FR-114; 8.37 ACRES OF LAND, OWNED BY RICHARD LYNCH, TRUSTEE OF THE CATHERINE R. BECKNER IRREVOCABLE TRUST, Franklin County Tax Map Parcel No. 0450008000 and being MVP Parcel No. VA-FR-115; 8.60 ACRES OF LAND, OWNED BY GAIL DUDLEY SMITHERS, Franklin County Tax Map Parcel No. 0450001600 and being MVP Parcel No. VA-FR-117; 3.92 ACRES OF LAND, OWNED BY GAIL DUDLEY SMITHERS AND GINGER K. SMITHERS, Franklin County Tax Map Parcel No. 0450006800 and being MVP Parcel No. VA-FR-119; 1.17 ACRES OF LAND, OWNED BY RONDA DIANE ROOPE OSBORNE AND MICHAEL WAYNE ROOPE, Franklin County Tax Map Parcel No. 0450003300 and being MVP Parcel No. VA-FR-125; 10.21 ACRES OF LAND, OWNED BY WILLIAM DAVID BOARD, JAMES R. BOARD, SUSAN BOARD MYERS, NANCY B. FLORA, AND KENNETH CRAIG BOARD, Franklin County Tax Map Parcel No. 0450006100 and being MVP Parcel No. VA-FR-128; 5.56 ACRES OF LAND, OWNED BY FRANKLIN REAL ESTATE COMPANY, Franklin County Tax Map Parcel No. 0530012101 and being MVP Parcel No. VA-FR-148; 4.82 ACRES OF LAND, OWNED BY FRANKLIN REAL ESTATE COMPANY, Franklin County Tax Map Parcel No. 0530012600 and being MVP Parcel No. VA-FR-151; 0.30 ACRES OF LAND, OWNED BY ROBERT ALAN PEGRAM, Franklin County Tax Map Parcel No. 0650401600 and being MVP Parcel No. VA-FR-155.01; 0.03 ACRES OF LAND, OWNED BY MICHAEL A. DEEMS AND ELIZABETH A. DEEMS, Franklin County Tax Map Parcel No. 06504-02500 and being MVP Parcel No. VA-FR-155.02; 0.63 ACRES OF LAND, OWNED BY MICHAEL A. DEEMS AND ELIZABETH A. DEEMS, Franklin County Tax Map Parcel No. 06504-02600 and being MVP Parcel No. VA-FR-156; 6.74 ACRES OF LAND, OWNED BY EDWARDS PROPERTIES, LTD, Franklin County Tax Map Parcel No. 0660004300 and being MVP Parcel No. VA-FR-170; 0.94 ACRES OF LAND, OWNED BY UNKNOWN HEIRS OR ASSIGNS OF ANDREW L. POINDEXTER AND ANDREW POINDEXTER, Franklin County Tax Map Parcel No. 0660010500 and being MVP Parcel No. VA-FR-174; 2.66 ACRES OF LAND, OWNED BY CHRISTOPHER ERIC LAMBERT AND JODI E. LAMBERT, Franklin County Tax Map Parcel No. 0660010600 and being MVP Parcel No. VA-FR-175; 1.23 ACRES OF LAND, OWNED BY SHARON E.

LAMBERT, Franklin County Tax Map Parcel No. 0660010602 and being MVP Parcel No. VA-FR-176; 0.36 ACRES OF LAND, OWNED BY JOSEPH E. LAMBERT AND MARY I. LAMBERT, Franklin County Tax Map Parcel No. 0660010601 and being MVP Parcel No. VA-FR-177; 3.05 ACRES OF LAND, OWNED BY ANN C. CLEMENTS AND MARY ARRINGTON CLEMENTS, Franklin County Tax Map Parcel No. 0660011000 and being MVP Parcel No. VA-FR-179; 1.57 ACRES OF LAND, OWNED BY ROBERT B. WORKMAN, III AND JOAN M. WORKMAN, Franklin County Tax Map Parcel No. 0680007000 and being MVP Parcel No. VA-FR-196.02; 1.85 ACRES OF LAND, OWNED BY OYLER LAND AND LEASING, LLC, Franklin County Tax Map Parcel No. 0240004000 and being MVP Parcel No. VA-FR-4126 (AR FR-291); 0.65 ACRES OF LAND, OWNED BY MICHAEL S. HURT AND MARY FRANCES K. HURT, Franklin County Tax Map Parcel No. 0380002204A and being MVP Parcel No. VA-FR-4130 (AR FR-294); 0.01 ACRES OF LAND, OWNED BY JAMES WALTER WRAY, Franklin County Tax Map Parcel No. 0440006701and being MVP Parcel No. VA-FR-4138.001 (AR FR-305); 0.83 ACRES OF LAND, OWNED BY SUSAN BOARD MYERS, WILLIAM DAVID BOARD, KENNETH CRAIG BOARD, AND NANCY BOARD FLORA, a/k/a William D. Board, Franklin County Tax Map Parcel No. 0450012003and being MVP Parcel No. VA-FR-4141 (AR FR-313); 0.01 ACRES OF LAND, OWNED BY JOSEPH B. PHELPS AND ALESHIA V. PHELPS, Franklin County Tax Map Parcel No. 0530200100and being MVP Parcel No. VA-FR-4143 (AR FR-315); 0.52 ACRES OF LAND, OWNED BY PREDELMA O'NEAL HALL, Franklin County Tax Map Parcel No. 0660004400 and being MVP Parcel No. VA-FR-4144 (AR FR-320); 0.14 ACRES OF LAND, OWNED BY PENHOOK UNITED METHODIST CHURCH, Franklin County Tax Map Parcel No. 0660012101 and being MVP Parcel No. VA-FR-4146 (AR FR-323); 0.01 ACRES OF LAND, OWNED BY RONDA DIANE ROOPE OSBORNE, Franklin County Tax Map Parcel No. 0450003200 and being MVP Parcel No. VA-FR-4276; 0.56 ACRES OF LAND, OWNED BY OWNED BY WILLIAM D. BOARD, Franklin County Tax Map Parcel No. 0450012005 and being MVP Parcel No. VA-FR-4277 (AR FR-313); 0.97 ACRES OF LAND, OWNED BY WILLIAM DAVID BOARD, KENNETH CRAIG BOARD, SUSAN B. MYERS, NANCY B. FLORA, AND JAMES R. BOARD, Franklin County Tax Map Parcel No. 0450012001 and being MVP Parcel No. VA-FR-4278 (AR FR-313); 0.32 ACRES OF LAND, OWNED BY GAIL DUDLEY SMITHERS, Franklin County Tax Map Parcel No. 0450001500 and being MVP Parcel No. VA-FR-5151 (ATWS-1266); 0.34 ACRES OF LAND, OWNED BY NANCY LORRAINE BRITTON AND KENITH DWAIN BRITTON, SR., TRUSTEES OF THE NANCY LORRAINE BRITTON AND KENITH DWAIN BRITTON, SR. LIVING TRU, Franklin County Tax Map

Parcel No. 0450006402 and being MVP Parcel No. VA-FR-5388; 1.66 ACRES OF LAND, OWNED BY BRIAN H. KINSEY, GEORGE D. KINSEY, JR., AND STEVEN D. KINSEY, Franklin County Tax Map Parcel No. 0380003402E and being MVP Parcel No. VA-FR-5392; 0.09 ACRES OF LAND, OWNED BY TIMOTHY J. LAWLESS AND MEGAN K. LAWLESS, Franklin County Tax Map Parcel No. 0370009905A and being MVP Parcel No. VA-FR-5410; 0.12 ACRES OF LAND, OWNED BY ANGELA L. MCGHEE AND FREDRICK C. MCGHEE, Franklin County Tax Map Parcel No. 0370009905 and being MVP Parcel No. VA-FR-5411; 0.07 ACRES OF LAND, OWNED BY RUSSELL W. LAWLESS, Franklin County Tax Map Parcel No. 0370009907 and being MVP Parcel No. VA-FR-5413; 0.15 ACRES OF LAND, OWNED BY RUSSELL R. BARKSDALE, JR., Franklin County Tax Map Parcel No. 0370009904and being MVP Parcel No. VA-FR-5415; 0.02 ACRES OF LAND, OWNED BY DIANA M. PERKINSON, Franklin County Tax Map Parcel No. 0370009600 and being MVP Parcel No. VA-FR-5416; 0.16 ACRES OF LAND, OWNED BY CHRISTINE JEANNETTE DAVIS, Franklin County Tax Map Parcel No. 0370009902 and being MVP Parcel No. VA-FR-5417; 0.09 ACRES OF LAND, OWNED BY ANDREW P. BUCKMAN AND SHARON H. BUCKMAN, Franklin County Tax Map Parcel No. 0370009911 and being MVP Parcel No. VA-FR-5418; 0.02 ACRES OF LAND, OWNED BY JOHN L. BARBAZON AND LAURA S. BARBAZON, Franklin County Tax Map Parcel No. 0370009901 and being MVP Parcel No. VA-FR-5419; 0.27 ACRES OF LAND, OWNED BY LEE A. FLORA, LYNN R. FLORA, AND PAMELA FLORA SWEENEY, Franklin County Tax Map Parcel No. 0370009913 and being MVP Parcel No. VA-FR-5420; 0.15 ACRES OF LAND, OWNED BY FRANK H. BISCARDI AND JACQUELINE S. BISCARDI, Franklin County Tax Map Parcel No. 0370009900 and being MVP Parcel No. VA-FR-5421; 0.04 ACRES OF LAND, OWNED BY RONALD B. EDWARDS, SR., GLORIA MARTIN, TERRANCE EDWARDS, LINDA WHITE, RUBY PENN, JANIS E. WALLER, CRYSTAL DIANE EDWARDS, AND PENNY EDWARDS BLUE, Franklin County Tax Map Parcel No. 0660009502 and being MVP Parcel No. VA-FR-5434; 0.04 ACRES OF LAND, OWNED BY CRYSTAL DIANE EDWARDS, Franklin County Tax Map Parcel No. 0660009602 and being MVP Parcel No. VA-FR-5437; 0.88 ACRES OF LAND, OWNED BY DANIEL PAYNE WRIGHT AND DONALD WAYNE WRIGHT, Franklin County Tax Map Parcel No. 0660007700 and being MVP Parcel No. VA-FR-5441; 4.14 ACRES OF LAND, OWNED BY MARK E. DANIEL AND ANGELA D. DANIEL, Franklin County Tax Map Parcel No. 0440011600 and being MVP Parcel No. VA-FR-5476; 1.71 ACRES OF LAND, OWNED BY LYDIA LAVERNE BROWN, Franklin County Tax Map Parcel No. 0440015700 and being MVP Parcel No. VA-FR-5483; 2.02 ACRES OF LAND,

OWNED BY PAUL F. CRAWFORD, Franklin County Tax Map Parcel No. 0440016301 and being MVP Parcel No. VA-FR-5488; 1.49 ACRES OF LAND, OWNED BY UNKNOWN SUCCESSOR TRUSTEE OF THE LACY F. DUDLEY DECLARATION OF REVOCABLE TRUST AND ROSE MARIE DUDLEY, Franklin County Tax Map Parcel No. 0440200500 and being MVP Parcel No. VA-FR-5490; 0.44 ACRES OF LAND, OWNED BY SHELBY A. LAW, Franklin County Tax Map Parcel No. 0440200400 and being MVP Parcel No. VA-FR-5492; 3.15 ACRES OF LAND, OWNED BY ROBERT WAYNE MORGAN AND PATRICIA ANN MORGAN, Franklin County Tax Map Parcel No. 0440018700 and being MVP Parcel No. VA-FR-5493; 0.01 ACRES OF LAND, OWNED BY ROY A. STEVENS, Franklin County Tax Map Parcel No. 0440018800 and being MVP Parcel No. VA-FR-5496; 0.14 ACRES OF LAND, OWNED BY ANTHONY B. NOVITZKI, Franklin County Tax Map Parcel No. 0440206600 and being MVP Parcel No. VA-FR-5500; 5.51 ACRES OF LAND, OWNED BY MARK A. DIVERS AND MARIE P. DIVERS, Franklin County Tax Map Parcel No. 0440019801A and being MVP Parcel No. VA-FR-5501; 0.02 ACRES OF LAND, OWNED BY DANIEL G. MYERS AND DEBORAH L. MYERS, Franklin County Tax Map Parcel No. 0440019801 and being MVP Parcel No. VA-FR-5502; 3.11 ACRES OF LAND, OWNED BY JAMES GLYNWOOD HAYNES, JR., Franklin County Tax Map Parcel No. 0440020001 and being MVP Parcel No. VA-FR-5504; 0.95 ACRES OF LAND, OWNED BY JAMES GLYNWOOD HAYNES, JR., Franklin County Tax Map Parcel No. 0440019500 and being MVP Parcel No. VA-FR-5505; 0.38 ACRES OF LAND, OWNED BY JAMES GLYNWOOD HAYNES, JR., Franklin County Tax Map Parcel No. 0440019300 and being MVP Parcel No. VA-FR-5507; 3.76 ACRES OF LAND, OWNED BY CATHERINE BECKNER KINGERY, Franklin County Tax Map Parcel No. 0440020401 and being MVP Parcel No. VA-FR-5508; 0.07 ACRES OF LAND, OWNED BY MICHAEL S. LAMBERT AND KELLY O. LAMBERT, Franklin County Tax Map Parcel No. 0660010200 and being MVP Parcel No. VA-FR-5745; 0.10 ACRES OF LAND, OWNED BY UNKNOWN HEIRS OR ASSIGNS OF ANDREW L. POINDEXTER AND ANDREW POINDEXTER, Franklin County Tax Map Parcel No. 0660010300 and being MVP Parcel No. VA-FR-5746; 0.08 ACRES OF LAND, OWNED BY CHRISTOPHER E. LAMBERT AND JODI E. LAMBERT, Franklin County Tax Map Parcel No. 0660010400 and being MVP Parcel No. VA-FR-5747; 0.04 ACRES OF LAND, OWNED BY BRUCE M. WOOD AND JENNIFER M. WOOD, Franklin County Tax Map Parcel No. 0440200600 and being MVP Parcel No. VA-FR-5791; 0.16 ACRES OF LAND, OWNED BY LEALDA T. ANGLE, Franklin County Tax Map Parcel No. 0440020300 and being MVP Parcel No. VA-FR-5892; 7.34 ACRES OF LAND, OWNED BY LEWIS O CLEMENTS,SR,

ANTHONY GRAY,KATHY POINDEXTER, LEAN C ROBERTSON, NADINE
B PERKINS, ANTHONY BROWN, HENRY ISAIAH NEWBILL, MARVIN
NEWBILL,LAVERNE N DAVIS, ALICE N DAVIS,THOMAS DOUGLAS
CLEMENTS, JR., HENRY LOUIS CLEMENTS, DWIGHT CLEMENTS,
NATHAN CLEMENTS, DOROTHY C TURNER, CHARLOTTE C DAY,
LAURA CLEMENTS, CLARA CLEMENTS, AND ELAINE HUBBARD
UNKNOWN HEIRS OR ASSIGNS OF THOMAS D CLEMENTS,SR,TORI C
GRAY, REBECCA CLEMENTS, NORA CLEMENTS, a/k/a Thomas Clement,
a/k/a Helen Glass, Pittsylvania Co TaxNo1489-09-2901;MVPNo VA-PI-026; 1.13
ACRES OF LAND,OWNED BY LEWIS O CLEMENTS, SR, ANTHONY
GRAY,KATHY POINDEXTER, LEAN C ROBERTSON, NADINE B
PERKINS,ANTHONY BROWN, HENRY ISAIAH NEWBILL, MARVIN
NEWBILL, LAVERNE N DAVIS, ALICE N DAVIS,THOMAS DOUGLAS
CLEMENTS,JR, HENRY LOUIS CLEMENTS, DW, a/k/a The Heirs or Assigns
of Thomas Clements, a/k/a Thomas Clement, a/k/a Helen Glass, a/k/a Unknown
Heirs and Assigns of Rebecca Clements, a/k/a Unknown Heirs and Assigns of
Nora Clements, Pittsylvania Co Tax No 1580-00-0360; MVPNoVA-PI-026.01;
1.12 ACRES OF LAND, OWNED BY LEWIS O CLEMENTS,JR, GENEVA C
PINKNEY, ANTHONY GRAY, KATHY POINDEXTER, MARVIN NEWBILL,
LAVERNE N DAVIS, ALICE N DAVIS SAM CLEMENTS, REBECCA
GLASS, ELAINE HUBBARD, DWIGHT CLEMENTS, THOMAS DOUGLAS
CLEMENTS,JR, HENRY LOUIS CLEMENTS, NATHAN CLEMENTS,
DOROTHY C TURNER, AND CHARLOTTE C DAY, a/k/a The Heirs or
Assigns of Thomas Clements, a/k/a Unknown Heirs or Assigns of Tori C. Gray,
a/k/a Unknown Heirs or Assigns of Nora Clements, a/k/a Helen Glass, a/k/a
Unknown Heirs or Assigns of Rebecca Clements, Pittsylvania Co TaxNo.1580-00-
8311; MVPNo.VA-PI-026.02; 7.82 ACRES OF LAND, OWNED BY THOMAS
O. WHITE, JR., TRUSTEE OF THE BEVERLY A. MCLAUGHLIN
TESTAMENTARY TRUST, Pittsylvania County Tax Map Parcel No. 1489-86-
7542 and being MVP Parcel No. VA-PI-029.05; 0.12 ACRES OF LAND,
OWNED BY EUGENE RYLAND MOTLEY AND NANCYE B. MOTLEY,
Pittsylvania County Tax Map Parcel No. 2418-41-9409 and being MVP Parcel No.
VA-PI-071.01; 0.05 ACRES OF LAND, OWNED BY DEAN M. POWELL AND
ANNETTE S. POWELL, Pittsylvania County Tax Map Parcel No. 2417-49-1304
and being MVP Parcel No. VA-PI-072; 2.07 ACRES OF LAND, OWNED BY
LAKE ANNA INVESTMENTS, LC, Pittsylvania County Tax Map Parcel No.
2418-50-8820 and being MVP Parcel No. VA-PI-072.01; 11.07 ACRES OF
LAND, OWNED BY A. DOUGLAS DALTON JR., Pittsylvania County Tax Map
Parcel No. 2417-58-4539 and being MVP Parcel No. VA-PI-073; 2.99 ACRES OF
LAND, OWNED BY COMMONWEALTH FOREST INVESTMENTS, INC.,

Pittsylvania County Tax Map Parcel No. 2417-89-1099 and being MVP Parcel No. VA-PI-081.01; 1.09 ACRES OF LAND, OWNED BY COMMONWEALTH FOREST INVESTMENTS, INC., Pittsylvania County Tax Map Parcel No. 2417-87-1135 and being MVP Parcel No. VA-PI-085 (AR PI-338); 1.60 ACRES OF LAND, OWNED BY SANDRA Y. JEFFCOAT, SABRINA D. PERRY, JOHN D. WHITTLE, III, ANTHONY J. WHITTLE, SR., DERRICK A. WHITTLE, SR. AND ELTON G. WHITTLE, SR., Pittsylvania County Tax Map Parcel No. 2427-12-7078 and being MVP Parcel No. VA-PI-091; 0.30 ACRES OF LAND, OWNED BY GWENDOLYN F. GREEN UNKNOWN HEIRS AND ASSIGNS OF THE FOLLOWING LAURA JONES, LIZZIE JONES, JESSIE JONES, ANNIE JONES, Pittsylvania County Tax Map Parcel No. 2427-30-5719 and being MVP Parcel No. VA-PI-095; 1.85 ACRES OF LAND, OWNED BY TOWN OF CHATHAM, Pittsylvania County Tax Map Parcel No. Town of Chatham - Tax Exempt and being MVP Parcel No. VA-PI-103.01; 1.23 ACRES OF LAND, OWNED BY JAMES M. GRUBBS, EVELENA GRUBBS ROUSE, AND ENZY GRUBBS ANDERSON, UNKNOWN HEIRS OR ASSIGNS OF JAMES M. GRUBB, a/k/a Evelyn Rouse, Pittsylvania County Tax Map Parcel Nos. 2436-05-4452 and 2436-05-2564 and being MVP Parcel No. VA-PI-104; 0.18 ACRES OF LAND, OWNED BY OAK GROVE CHRISTIAN CHURCH, Pittsylvania County Tax Map Parcel No. 2417-68-8838 and being MVP Parcel No. VA-PI-4155 (AR PI-337); 0.08 ACRES OF LAND, OWNED BY BARBARA SLOAN FITZGERALD, CHERYL FERGUSON, STEPHANIE L WALDEN, ARETHA JO FITZGERALD, BARBARA A FITZGERALD, JAMES FITZGERALD, RUBY FITZGERALD, LOIS MARIE FITZGERALD, BARBARA ANN FITZGERALD, CARABELL FITZGERALD, UNKNOWN HEIRS AND ASSIGNS OF FOREST FITZGERALD, MILDRED FITZGERALD, DOUGLAS FITZGERALD, JOE LOUIS FITZGERALD, FOREST FITZGERALD, JR, Pittsylvania County Tax Map Parcel No. 2427-30-5083 and being MVP Parcel No. VA-PI-4157 (AR PI-340); 0.35 ACRES OF LAND, OWNED BY BARBARA SLOAN FITZGERALD, CHERYL FERGUSON, STEPHANIE L WALDEN, ARETHA JO FITZGERALD, BARBARA A FITZGERALD, JAMES FITZGERALD, RUBY FITZGERALD, LOIS MARIE FITZGERALD, BARBARA ANN FITZGERALD, CARABELL FITZGERALD, UNKNOWN HEIRS AND ASSIGNS OF FOREST FITZGERALD, MILDRED FITZGERALD, DOUGLAS FITZGERALD, JOE LOUIS FITZGERALD, FOREST FITZGERALD, Pittsylvania County Tax Map Parcel No. 2427-30-4184 and being MVP Parcel No. VA-PI-5156; UNKNOWN OWNERS; 6.50 ACRES OF LAND, MORE OR LESS, OWNED BY NEW RIVER CONSERVANCY, INC., Located in Giles County, Virginia being a portion of Giles County Tax Map Parcel No. 29-25B and being MVP Parcel No. VA-GI-035; 1.38 ACRES OF

LAND, OWNED BY HENRY COX AND JANET DEGROFF, Montgomery County Tax Map Parcel No. 001262 and Being MVP Parcel No. VA-MO-5519; 3.42 ACRES OF LAND, OWNED BY HENRY COX AND JANET DEGROFF, Montgomery County Tax Map Parcel No. 032870 and Being MVP Parcel No. VA-MO-5520; 1.06 ACRES OF LAND, OWNED BY JOHN GARRETT BAKER AND SUZANNE JANE BAKER, Montgomery County Tax Map Parcel No. 230082 and Being MVP Parcel No. VA-MO-5882; 0.14 ACRES OF LAND, OWNED BY UNKNOWN HEIRS OR ASSIGNS OF ANTHONY B. NOVITZKI AND JOANNE A. LOFARO, Franklin County Tax Map Parcel No. 0440206600 and being MVP Parcel No. VA-FR-5500; 0.16 ACRES OF LAND, OWNED BY RONNIE ALLEN ANGLE, Franklin County Tax Map Parcel No. 0440020300 and being MVP Parcel No. VA-FR-5892; 0.18 ACRES OF LAND, OWNED BY MICHAEL EPPERLY, Montgomery County Tax Map Parcel No. 014919 and Being MVP Parcel No. VA-MO-5788; 6.56 ACRES OF LAND, OWNED BY SANDRA TOWNES POWELL, Montgomery County Tax Map Parcel No. 015900 and Being MVP Parcel No. VA-MO-3370; 1.81 ACRES OF LAND, OWNED BY ROBERT M. JONES AND DONNA THOMAS JONES, Montgomery County Tax Map Parcel No. 024588 and Being MVP Parcel No. VA-MO-5511; 1.29 ACRES OF LAND, OWNED BY ROBERT M. JONES AND DONNA THOMAS JONES, Montgomery County Tax Map Parcel No. 024591 and Being MVP Parcel No. VA-MO-5512; 0.52 ACRES OF LAND, OWNED BY EMILIE M. OWEN AND RICHARD CLARK OWEN, Franklin County Tax Map Parcel No. 0380002204B and being MVP Parcel No. VA-FR-4129 (AR FR-294)

Defendants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk