Mountain Valley Pipeline, LLC
v. Easements to Construct, etc., et al.

Exhibit 6
to Notice of Filing Returns of Service
on MVP Parcel No. VA-MO-022

Affidavit of Proof of Service

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.

EASEMENTS TO CONTRUCT, OPERATE,
AND MAINTAIN A NATURAL GAS
PIPELINE, et al.,

    Defendants.

Case No. 7:17cv492-EKD

MVP Parcel No. VA-MO-022

## AFFIDAVIT OF PROOF OF SERVICE

I, the undersigned, swear or affirm that the following is true and correct:

1. The unknown occupant identified to me as Tree-Sitter 2 on MVP Parcel No. VA-MO-022 is the person upon whom service of the following was made:

    a. Notice of Condemnation to Tree-Sitters on MVP Parcel No. VA-MO-022 and exhibits (Dkt. No. 1096);

    b. Notice of Filing of Amendments to Paragraph 69 of the Complaint (Dkt. No. 1095);

    c. Plaintiff's Motion for Preliminary Injunction Against Tree-Sitters on MVP Parcel No. VA-MO-022 and exhibit (Dkt. No. 1108); and

    d. Notice of Hearing on Motion for Preliminary Injunction (Dkt. No. 1109).

2. I am a private process server and am 18 years of age or older and not a party or otherwise interested in the subject matter in controversy. My name, address, and telephone number are as follows:

Jeff Spar, P.O. Box 1, Roanoke, Virginia 24002-0001, (540) 982-0000.

3. I served the above described person with the written copies described above as follows:

Date of service: 1-2-19 . Time of service: 8:10 AM

Method of service: By posting copies of the documents to a tree supporting the treestand being occupied by the person and announcing to the person that I was serving by posting a notice of condemnation, a notice of filing amendments to the complaint, a motion for preliminary injunction, and a notice of hearing on the motion that were filed in the U.S. District Court for the Western District of Virginia, Roanoke Division, in Case No. 7:17cv492-EKD, for the purpose of removing the person from the easements on the property, MVP Parcel No. VA-MO-022.

1-2-19
Date

Signature    USDC SPS

COMMONWEALTH OF VIRGINIA
CITY/COUNTY OF Roanoke

Subscribed and sworn to or affirmed before me this 2nd day of Jan , 20 19, by Jeff Spar.

Notary Public

My commission expires:
Reg. No.:

ELIZABETH A. SPAR
NOTARY PUBLIC
REGISTRATION # 7755979
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
MARCH 31, 2021