IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> EASEMENTS TO CONSTRUCT, OPERATE, ) <br> AND MAINTAIN A NATURAL GAS ) <br> PIPELINE OVER TRACTS OF LAND IN ) <br> GILES COUNTY, CRAIG COUNTY, ) <br> MONTGOMERY COUNTY, ROANOKE ) <br> COUNTY, FRANKLIN COUNTY, AND ) <br> PITTSYLVANIA COUNTY, VIRGINIA, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Case No. 7:17-CV-492-EKD |

STIPULATION OF DISMISSAL FOR VA-PI-103.01

Pursuant to Fed. R. Civ. 41(a)(1)(A)(ii) and 71.1(i)(1)(B), plaintiff, Mountain Valley Pipeline, LLC ("MVP"), by counsel, and defendant, Town of Chatham, by counsel, hereby stipulate to dismissal without prejudice of this action as to this defendant and the following tract:

> 1.85 ACRES OF LAND, MORE OR LESS, LOCATED IN PITTSYLVANIA COUNTY, VIRGINIA, BEING A PORTION OF PITTSYLVANIA COUNTY TAX MAP PARCEL NO. TOWN OF CHATHAM - TAX EXEMPT AND BEING MVP PARCEL NO. VA-PI-103.01, OWNED BY TOWN OF CHATHAM.

In explanation, MVP has acquired easements over the property by agreement with defendant for just compensation, and the property no longer needs to be condemned.  The deposit being held by the Court for this property may be refunded to MVP.

This action shall remain pending as to all other properties and defendants.

WHEREFORE, the foregoing tract and defendant are dismissed without prejudice.

Respectfully submitted,

MOUNTAIN VALLEY PIPELINE, LLC

By Counsel

Wade W. Massie
 VSB No. 16616
Seth M. Land
 VSB No. 75101
PENN, STUART & ESKRIDGE
P. O. Box 2288
Abingdon, VA  24212
Telephone:  276-628-5151
Facsimile:  276-628-5621
wmassie@pennstuart.com
sland@pennstuart.com

By  */s/ Seth M. Land*
         Seth M. Land

TOWN OF CHATHAM

By Counsel

Jeremy E. Carroll
Glenn Feldmann Darby & Goodlatte
P.O. Box 2887
Roanoke, VA 24001
Phone: 540/224-8000
Fax: 540/224-8050
jcarroll@glennfeldmann.com

By  */s/ Jeremy E. Carroll*
      Jeremy E. Carroll

CERTIFICATE OF SERVICE

      I hereby certify that, on January 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                */s/ Seth M. Land*
                                Seth M. Land