# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **Mountain Valley Pipeline, LLC** | Action No: 7:17CV492 |
| | Date: 1/4/2019 |
| vs. | Judge: Elizabeth K. Dillon |
| **Easements to Constuct, Operate, and Maintain a Natural Gas Pipeline Over Tracts of Land, et al** | Court Reporter: M. Butenschoen |
| | Deputy Clerk: B. Davis |

Plaintiff Attorney
Wade Massie

Defendant Attorney
Carrol Ching

## LIST OF WITNESSES

PLAINTIFF:
1. Steve McGary
2. B. J. Whitman
3. Jeffrey Klinefelter
4. Brian Murphy

DEFENDANT:
1.

PROCEEDINGS:
Hearing held on Plaintiff's [1108] Motion for Preliminary Injunction, [1097] Order to Show Cause, and [1115] Motion to File Amicus Curia Brief. Evidence presented by counsel. Arguments from Counsel. The Court takes all pending issues taken under advisement.

Time in Court: 1:57p – 3:15p (1 hour 18 min)