IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>EASEMENTS TO CONSTRUCT, OPERATE, )<br>AND MAINTAIN A NATURAL GAS )<br>PIPELINE OVER TRACTS OF LAND IN )<br>GILES COUNTY, CRAIG COUNTY, )<br>MONTGOMERY COUNTY, ROANOKE )<br>COUNTY, FRANKLIN COUNTY, AND )<br>PITTSYLVANIA COUNTY, VIRGINIA, )<br>*et al.*, )<br>)<br>Defendants. ) | Case No. 7:17-CV-00492-EKD |

NOTICE OF FILING ADDITIONAL EVIDENCE

Plaintiff Mountain Valley Pipeline, LLC ("MVP"), by counsel, gives notice of the filing of the following additional evidence in support of Plaintiff's Motion for a Preliminary Injunction Against Tree-Sitters on MVP Parcel No. VA-MO-022, Dkt. No. 1108:

1. On May 29, 2019, the tree-sitters and their supporters again prevented MVP from clearing the trees on the Bohon tract. In the process, they assaulted a security officer accompanying the tree-clearing crew. See Declaration of Steve McGary attached as Exhibit 1.

2. This is the second assault on security officers assigned to the property. A prior assault is described in Dkt. Nos. 1143-1 and 1143-2.

> Respectfully submitted,
>
> MOUNTAIN VALLEY PIPELINE, LLC
>
> By Counsel

Wade W. Massie
 VSB No. 16616
Seth M. Land
 VSB No. 75101
PENN, STUART & ESKRIDGE
P. O. Box 2288
Abingdon, VA 24212
Telephone: 276-628-5151
Facsimile: 276-628-5621
wmassie@pennstuart.com
sland@pennstuart.com

By  */s/ Wade W. Massie*
     Wade W. Massie

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of May, 2019, the foregoing notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

    */s/ Wade W. Massie*
    Wade W. Massie