IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:17-CV-492-EKD |
| EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN GILES COUNTY, CRAIG COUNTY, MONTGOMERY COUNTY, ROANOKE COUNTY, FRANKLIN COUNTY, AND PITTSYLVANIA COUNTY, VIRGINIA, *et al.*, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL FOR VA-FR-017 and VA-FR-017.02

Pursuant to Fed. R. Civ. 41(a)(1)(A)(ii) and 71.1(i)(1)(B), plaintiff, Mountain Valley Pipeline, LLC ("MVP"), by counsel, and defendants, Alvin E. Wray, Linda L. Wray, L. Benton Wray, Jr. and Diane S. Wray, by counsel, hereby stipulate to dismissal without prejudice of this action as to these defendants and the following tracts:

> 1.38 ACRES OF LAND, MORE OR LESS, LOCATED IN FRANKLIN COUNTY, VIRGINIA, BEING A PORTION OF FRANKLIN COUNTY TAX MAP PARCEL NO. 250002100 AND BEING MVP PARCEL NO. VA-FR-017, OWNED BY ALVIN E. WRAY, LINDA L. WRAY, L. BENTON WRAY, JR., AND DIANE S. WRAY; AND

11.45 ACRES OF LAND, MORE OR LESS, LOCATED IN FRANKLIN COUNTY, VIRGINIA, BEING A PORTION OF FRANKLIN COUNTY TAX MAP PARCEL NO. 0250002200 AND BEING MVP PARCEL NO. VA-FR-017.02, OWNED BY L. BENTON WRAY, JR., DIANE S. WRAY, ALVIN E. WRAY, AND LINDA L. WRAY.

In explanation, MVP has acquired easements over the properties by agreement with defendants for just compensation, and the properties no longer need to be condemned. The deposit being held by the Court for these properties may be refunded to MVP.

This action shall remain pending as to all other properties and defendants.

WHEREFORE, the foregoing tracts and defendants are dismissed without prejudice.

>Respectfully submitted,
>
>MOUNTAIN VALLEY PIPELINE, LLC
>
>By Counsel

Wade W. Massie
 VSB No. 16616
Seth M. Land
 VSB No. 75101
PENN, STUART & ESKRIDGE
P. O. Box 2288
Abingdon, VA  24212
Telephone:  276-628-5151
Facsimile:  276-628-5621
wmassie@pennstuart.com
sland@pennstuart.com

By  */s/ Seth M. Land*
        Seth M. Land

        ALVIN E. WRAY
        LINDA L. WRAY
        L. BENTON WRAY, JR.
        DIANE S. WRAY

        By Counsel

Shirley B. Jamison
Shirley B. Jamison, PC
P.O. Box 221
Boones Mill, VA  24065
Phone:  540/334-5113
Fax:  540/334-1827
shirleyjamison@embarqmail.com


By  */s/ Shirley B. Jamison*
  Shirley B. Jamison


## CERTIFICATE OF SERVICE

  I hereby certify that, on June 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

          */s/ Seth M. Land*
          Seth M. Land