# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 9, 2019

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Karolyn Givens, et al.
         v. Mountain Valley Pipeline, LLC
         No. 19-54
         (Your No. 18-1175, 18-1187, 18-1242, 18-1300)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 3, 2019 and placed on the docket July 9, 2019 as No. 19-54.

         Sincerely,

         **Scott S. Harris**, Clerk

         by

         Clara Houghteling
         Case Analyst