IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EASEMENTS TO CONSTRUCT, ) <br> OPERATE, AND MAINTAIN A ) <br> NATURAL GAS PIPELINE OVER ) <br> TRACTS OF LAND IN GILES COUNTY, ) <br> CRAIG COUNTY, MONTGOMERY ) <br> COUNTY, ROANOKE COUNTY, ) <br> FRANKLIN COUNTY, AND ) <br> PITTSYLVANIA COUNTY, VIRGINIA, *et* ) <br> *al.*, ) <br> ) <br> Defendants. | Civil Action No. 7:17-cv-00492 <br><br> By: Elizabeth K. Dillon <br> United States District Judge |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that the tree-sitters who Mountain Valley Pipeline added as defendants to paragraph 69 of its complaint are hereby DISMISSED as improperly joined. It is further ORDERED that MVP's motion for a preliminary injunction against those tree-sitters (Dkt. No. 1108) is DENIED.

The clerk is directed to provide a copy of this order to all counsel of record through the court's electronic filing system and to mail a copy to pro se parties who have appeared.

Entered: August 2, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge