IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION


MOUNTAIN VALLEY PIPELINE, LLC,　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No. 7:17-CV-492-EKD
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
EASEMENTS TO CONSTRUCT, OPERATE, )
AND MAINTAIN A NATURAL GAS　　　　)
PIPELINE OVER TRACTS OF LAND IN　 )
GILES COUNTY, CRAIG COUNTY,　　　　)
MONTGOMERY COUNTY, ROANOKE　　　　 )
COUNTY, FRANKLIN COUNTY, AND　　　 )
PITTSYLVANIA COUNTY, VIRGINIA,　　)
*et al.*,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　)


STIPULATION OF DISMISSAL FOR VA-FR-008

Pursuant to Fed. R. Civ. 41(a)(1)(A)(ii) and 71.1(i)(1)(B), plaintiff,

Mountain Valley Pipeline, LLC ("MVP"), by counsel, and defendant, Lucy A. Price, by

counsel, hereby stipulate to dismissal without prejudice of this action as to this defendant

and the following tract:

　　　　5.38 ACRES OF LAND, MORE OR LESS, LOCATED IN FRANKLIN
　　　　COUNTY, VIRGINIA, BEING A PORTION OF FRANKLIN COUNTY
　　　　TAX MAP PARCEL NO. 0240003400 AND BEING MVP PARCEL NO.
　　　　VA-FR-008, OWNED BY LUCY A. PRICE.

In explanation, MVP has acquired easements over the property by agreement with defendant for just compensation, and the property no longer needs to be condemned. The deposit being held by the Court for this property may be refunded to MVP.

This action shall remain pending as to all other properties and defendants.

WHEREFORE, the foregoing tract and defendant are dismissed without prejudice.

Respectfully submitted,

MOUNTAIN VALLEY PIPELINE, LLC

By Counsel

Wade W. Massie
 VSB No. 16616
Seth M. Land
 VSB No. 75101
PENN, STUART & ESKRIDGE
P. O. Box 2288
Abingdon, VA  24212
Telephone:  276-628-5151
Facsimile:  276-628-5621
wmassie@pennstuart.com
sland@pennstuart.com

By  /s/ Seth M. Land
        Seth M. Land

LUCY A. PRICE

By Counsel

Paul B. Terpak
 VSB No. 20209
Kevin F.X. DeTurris
 VSB No. 65400
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia  22030
Telephone:  703-691-1235
Facsimile:  703-691-3913
pterpak@bklawva.com
kdeturris@bklawva.com

By  /s/ Kevin F.X. DeTurris
        Kevin F.X. DeTurris

## CERTIFICATE OF SERVICE

I hereby certify that, on September 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

        /s/ Seth M. Land
            Seth M. Land