IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:17-cv-00492 |
| ) | |
| EASEMENTS TO CONSTRUCT, ) | By:  Elizabeth K. Dillon |
| OPERATE, AND MAINTAIN A ) | United States District Judge |
| NATURAL GAS PIPELINE OVER ) | |
| TRACTS OF LAND IN GILES COUNTY, ) | |
| CRAIG COUNTY, MONTGOMERY ) | |
| COUNTY, ROANOKE COUNTY, ) | |
| FRANKLIN COUNTY, AND ) | |
| PITTSYLVANIA COUNTY, VIRGINIA, *et* ) | |
| *al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED as follows:

1. MVP's motion for attorney's fees and expenses against John and Jane Doe Tree-sitters (Dkt. No. 929) is GRANTED;

2. John Doe Tree-sitter shall reimburse MVP in the amount of **$9,096.00** for attorney's fees and **$323.99** for expenses;

3. Jane Doe Tree-sitter shall reimburse MVP in the amount of **$2,160.00** for attorney's fees and **$323.99** for expenses.

2

The Clerk shall send a copy of this order and the accompanying memorandum opinion to counsel of record for MVP.[1]

Entered: May 21, 2020.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge

---

[1] Because the Tree-sitters have never appeared in this court, no counsel has ever entered an appearance on their behalf, and the court does not have any address for them, the Clerk will not be directed to provide a copy of this order and opinion to them.