IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:17-cv-492-EKD |
| EASEMENTS TO CONSTRUCT, OPERATE, AND MAINTAIN A NATURAL GAS PIPELINE OVER TRACTS OF LAND IN GILES COUNTY, CRAIG COUNTY, MONTGOMERY COUNTY, ROANOKE COUNTY, FRANKLIN COUNTY, AND PITTSYLVANIA COUNTY, VIRGINIA, *et al.*, | ) |
| Defendants. | ) |

ORDER DIRECTING REFUND OF DEPOSIT TO MOUNTAIN
VALLEY PIPELINE, LLC AS TO MVP PARCEL NOS. VA-FR-077.01, VA-FR-078, AND
VA-FR-079

On July 2, 2021, plaintiff Mountain Valley Pipeline, LLC, and the owners of MVP Parcel Nos. VA-FR-077.01, VA-FR-078, and VA-FR-079, by and through counsel, filed a stipulation of dismissal. (Dkt. Nos. 1475.) In it, they explain that they have reached an agreement for just compensation, and so the properties no longer need to be condemned. They stipulate to a dismissal without prejudice of the tracts and further request that the deposits being held by the court for these properties be refunded to MVP.

In light of that stipulation, and pursuant to Rule 71.1(i)(1)(B), MVP Parcel Nos. VA-FR-077.01, VA-FR-078, and VA-FR-079 are dismissed without prejudice from this suit.

It is further ORDERED that the request for a refund of the deposits on these properties is GRANTED.  The Clerk is directed to issue a check in the amount of $554,214.00, which represents the total deposit amounts for these properties, plus any accrued interest.  The check shall be payable to Mountain Valley Pipeline, LLC, and should be mailed to Mountain Valley Pipeline, LLC, c/o Seth Land, PennStuart, P.O. Box 2288, Abingdon, VA 24212.

Entered: July 2, 2021.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge